1  LATHAM & WATKINS LLP
   James K. Lynch (Cal. Bar No. 178600)
2  Justin R. Rhoades (Cal. Bar No. 230463)
   Melanie E. Griswold (Cal. Bar No. 211772)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5
   Peter L. Winik
6  Jennifer C. Archie
   555 Eleventh Street, NW, Suite 1000
7  Washington, DC 20004
   Telephone: (202) 637-2200
8  Facsimile: (202) 637-2201

9  Attorneys for Defendant ipsh!

10

11            UNITED STATES DISTRICT COURT FOR THE

12                NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14

| | |
|---|---|
| LACI SATTERFIELD, Individually, | **Case No.: C06-2893 CW** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S CORRECTED COMPLAINT** |
| SIMON & SCHUSTER, Inc., a New York Corporation, and IPSH!NET, Inc., a Delaware Corporation d/b/a IPSH! | |
| Defendants. | **Judge: Hon. Claudia Wilken** |
| | **Place: Courtroom 2**<br>     **1301 Clay St.**<br>     **Oakland, CA 94612** |

Pursuant to Local Rule 6-1(a), Plaintiff Laci Satterfield and Defendants ipsh! and Simon & Schuster, Inc. hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Corrected Complaint, from July 10, 2006 until July 17, 2006. This extension does not alter the date of any event or any deadline already fixed by Court order.

Dated:   July 7, 2006

Respectfully submitted,

LATHAM & WATKINS LLP

By _____
Justin R. Rhoades
Attorneys for ipsh!


IRELL & MANELLA LLP


By _____
Richard B. Kendall
Attorneys for Simon & Schuster


CHAVEZ & GERTLER LLP


By _____
Mark A. Chavez
Attorneys for Plaintiff Laci Satterfield

1  Pursuant to Local Rule 6-1(a), Plaintiff Laci Satterfield and Defendants ipsh! and
2  Simon & Schuster, Inc. hereby stipulate and agree to extend the time for Defendants to respond to
3  Plaintiff's Corrected Complaint, from July 10, 2006 until July 17, 2006.  This extension does not
4  alter the date of any event or any deadline already fixed by Court order.

7  Dated:   July 7, 2006                                Respectfully submitted,

8                                                                         LATHAM & WATKINS LLP

10  By _____
     Justin R. Rhoades
     Attorneys for ipsh!

13                                                                         IRELL & MANELLA LLP

15  By _____
     Richard B. Kendall
     Attorneys for Simon & Schuster

18                                                                         CHAVEZ & GERTLER LLP

20  By _____
     Mark A. Chavez
     Attorneys for Plaintiff Laci Satterfield

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    STIPULATION TO EXTEND TIME TO ANSWER
Case Number:  C 04-2676 VRW

Pursuant to Local Rule 6-1(a), Plaintiff Laci Satterfield and Defendants ipsh! and Simon & Schuster, Inc. hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Corrected Complaint, from July 10, 2006 until July 17, 2006. This extension does not alter the date of any event or any deadline already fixed by Court order.

Dated: July 7, 2006

Respectfully submitted,

LATHAM & WATKINS LLP

By _____
Justin R. Rhoades
Attorneys for ipsh!


IRELL & MANELLA LLP

By _____
Richard B. Kendall
Attorneys for Simon & Schuster


CHAVEZ & GERTLER LLP

By _____
Mark A. Chavez
Attorneys for Plaintiff Laci Satterfield