```
1  LATHAM & WATKINS LLP
   Peter L. Winik (admitted pro hac vice) (peter.winik@lw.com)
2  Jennifer C. Archie (admitted pro hac vice) (jennifer.archie@lw.com)
   555 Eleventh Street, NW Suite 1000
3  Washington, DC 20004-1304
   Telephone:  (973) 639-1234
4  Facsimile:  (973) 639-7298

5  LATHAM & WATKINS LLP
   Justin R. Rhoades, Esq. (230463) (justin.rhoades@lw.com)
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
7  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
8
   Attorneys for Defendants
9  SIMON & SCHUSTER, INC. and IPSH!NET, INC.

10 IRELL & MANELLA LLP
   Richard B. Kendall (90072) (rkendall@irell.com)
11 Melissa R. McCormick (180384) (mmccormick@irell.com)
   Kimberly A. Svendsen (235785) (ksvendsen@irell.com)
12 1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
13 Telephone:  (310) 277-1010
   Facsimile:  (310) 203-7199
14
   Attorneys for Defendant
15 SIMON & SCHUSTER, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LACI SATTERFIELD, Individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIMON & SCHUSTER, INC., a New York Corporation, and IPSH!NET, INC., a Delaware Corporation d/b/a/ IPSH!,<br><br>　　　　Defendants. | Case No. C 06-02893 CW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SIMON & SCHUSTER, INC.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1570788

NOTICE OF SUBSTITUTION OF COUNSEL
(Case No. C 06-02893 CW)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Simon & Schuster, Inc. ("Simon & Schuster") hereby substitutes as its counsel of record in the above-captioned action the following attorneys:

LATHAM & WATKINS LLP
Peter L. Winik (*admitted pro hac vice*) (peter.winik@lw.com)
Jennifer C. Archie (*admitted pro hac vice*) (jennifer.archie@lw.com)
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (973) 639-1234
Facsimile: (973) 639-7298

LATHAM & WATKINS LLP
Justin R. Rhoades, Esq. (230463) (justin.rhoades@lw.com)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Simon & Schuster's previous counsel in this litigation was:

IRELL & MANELLA LLP
Richard B. Kendall (90072) (rkendall@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Kimberly A. Svendsen (235785) (ksvendsen@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Irell & Manella LLP hereby withdraws as counsel of record for Simon & Schuster and Latham & Watkins LLP is hereby substituted as counsel of record for Simon & Schuster.

Dated: September 22, 2006

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Richard B. Kendall
Richard B. Kendall
Present Attorneys of Record for Defendant
Simon & Schuster, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1570788

NOTICE OF SUBSTITUTION OF COUNSEL
(Case No. C 06-02893 CW)

- 1 -

I CONSENT AND AGREE TO THE ABOVE SUBSTITUTION:

Dated: September __, 2006        SIMON & SCHUSTER, INC.


                                 By: _____
                                 Elisa M. Rivlin
                                 Senior Vice President and General Counsel
                                 Simon & Schuster, Inc.

I CONSENT AND AGREE TO THE ABOVE SUBSTITUTION:

Dated: September __, 2006        LATHAM & WATKINS LLP


                                 By: _____
                                 Peter L. Winik
                                 New Attorneys for
                                 Simon & Schuster, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1570788

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL
(Case No. C 06-02893 CW)

**ORDER**

The above substitution of counsel is hereby APPROVED. The law firm of Latham & Watkins LLP is hereby substituted in as counsel of record for Defendant Simon & Schuster, Inc. ("Simon & Schuster") effective as of the date of this Order. Irell & Manella LLP shall be relieved of any and all further responsibilities as counsel for Simon & Schuster.

IT IS SO ORDERED.

Dated: ~~September~~ October 5, 2006

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE