**FILED**

NOV 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SATTERFIELD, et al.

    Plaintiff(s).

v.

SIMON & SCHUSTER, Inc.,

    Defendant(s).

No. C 06-02893 CW

**ORDER DENYING PLAINTIFF'S REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT MEDIATION**

Having considered the written submissions from the parties, the Court DENIES plaintiff's request to be relieved from compliance with the ADR Local Rules. Plaintiff, Ms. Satterfield, must appear <u>in person</u> at the mediation scheduled for December 5, 2006.

IT IS SO ORDERED.

Dated: 11-21-06

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
    parties, WDB, stats
    CW, ADR, neutral

1