# EXHIBIT 1(I)

JAY EMMET    January 4, 2007

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--oOo--

LACI SATTERFIELD,                    )
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )    No. C06-2893 CW
                                     )
SIMON & SCHUSTER, INC.; and          )
IPSH!NET, INC.,                      )
                                     )
          Defendants.                )
_____)

DEPOSITION OF

JAY EMMET

_____

Thursday, January 4, 2007

Volume 1 - Pages 1 to 83

REPORTED BY:  SONDRA LEQVE, CSR NO. 6107 JOB # 1-389971

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET     January 4, 2007

Page 2

1           I N D E X
2       INDEX OF EXAMINATIONS
3   Examination by Mr. Rhoades.................... 5
4   Examination by Ms. Becker.................... 55
5   Further Examination by Mr. Rhoades............ 77
6   Further Examination by Ms. Becker............. 80
7       EXHIBITS MARKED FOR IDENTIFICATION
8   No.     For Identification          Page
9   1   9-pages, Amended Notice of 30(B)(6) ...... 6
10      Deposition of mBlox, Inc.
11  2   2-pages, mBlox Technology, The Network ... 10
12  3   3-pages, listing of mBlox short codes .... 13
13      CONFIDENTIAL MBLOX 001359-1361
14      **BOUND SEPARATELY.
15  4   10-pages, Corrected Complaint For ........ 21
16      Damages And Injunctive Relief filed stamped
17      May 3, 2006.
18  5   35-pages, mBlox Master Services Agreement. 25
19      Between mBlox, Inc. and Ipsh!net, Inc.
20      CONFIDENTIAL MBLOX 000060-000085
21      **BOUND SEPARATELY.
22  6   6-pages,mBlox Powering Mobile Business.... 33
23      Architecture - mBlox Technical Advantage.
24      CONFIDENTIAL MBLOX 000017-000022
25      **BOUND SEPARATELY

Page 3

1   No.     For Identification          Page
2   7   35-pages, mBlox Products. CONFIDENTIAL ... 56
3       MBLOX 000003-000037 **BOUND SEPARATELY
4   8   2-pages, e-mail to mBlox from ............ 65
5       Pete Myron, dated 1/18/06.  CONFIDENTIAL
6       MBLOX 000001-000002 **BOUND SEPARATELY
7   9   63-pages, mBlox Power Mobile Business..... 74
8       CONFIDENTIAL MBLOX 000359-000421
9       **BOUND SEPARATELY
10              --oOo--

Page 4

1           UNITED STATES DISTRICT COURT
2   FOR THE NORTHERN DISTRICT OF CALIFORNIA
3               OAKLAND DIVISION
4               --oOo--
5   LACI SATTERFIELD,           )
                                )
6       Plaintiff,          )
                                )
7       vs.                 )   No. C06-2893 CW
                                )
8   SIMON & SCHUSTER, INC.; and     )
    IPSH!NET, INC.,              )
9                               )
        Defendants.         )
10  _____)
11
12
13          --oOo--
14      BE IT REMEMBERED that, pursuant to
15  Subpoena, and on Thursday, January 4, 2007, commencing
16  at 9:24 a.m. thereof, at Latham & Watkins, 505
17  Montgomery Street, Suite 1900, San Francisco, CA 94111,
18  before me, SONDRA LEQVE, a Certified Shorthand Reporter,
19  personally appeared
20          JAY EMMET
21  _____
22  called as a witness by the Defendant, who, having been
23  first duly sworn, was examined and testified as follows:
24          --oOo--
25      LATHAM & WATKINS LLP, 505 Montgomery Street,

Page 5

1   Suite 1900, San Francisco, CA 94111-2562 (415) 391-0600,
2   represented by JUSTIN R. RHOADES and MELANIE E.
3   GRISWOLD, Attorneys at Law, appeared as counsel on
4   behalf of Defendant IPISH!NET, INC. and SIMON &
5   SCHUSTER, INC.
6       CHAVEZ & GERTLER LLP, 42 Miller Avenue, Mill
7   Valley, CA 94941 (415) 381-5599, represented by NANCE F.
8   BECKER, Attorney at Law, appeared as counsel on behalf
9   of Plaintiff.
10      COOLEY, GODWARD, KRONISH LLP, Five Palo Alto
11  Square, 4th Floor, 3000 El Camino Real, Palo Alto, CA
12  94306-2155 (650) 843-5535, represented by BRITT L.
13  ANDERSON, Attorney at Law, appeared as counsel on behalf
14  of mBLOX, INC.
15              --oOo--
16      EXAMINATION BY MR. RHOADES
17      MR. RHOADES: Q.  Would you please state
18  your name?
19      A.  Edwin J. Emmett, III.
20      Q.  Mr. Emmett, have you ever been deposed before?
21      A.  I have.
22      Q.  You're probably familiar with the procedure,
23  but let's just go over a few of the basics.
24          I'd ask you to listen to the question and let
25  me complete the question before you begin answering.

Merrill Legal Solutions   (800) 869-9132

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET    January 4, 2007

Page 6

1    If you don't understand a question, please
2  feel free to ask for clarification. If that doesn't
3  help, ask me again and I'll restate it, but I want to
4  make sure you understand the question and I'll
5  understand your answer, and I won't interrupt you, and
6  we can get through the day much faster that way.
7    Also, please feel free to take a break
8  whenever you need one. If there's a question pending, I
9  would prefer if you could answer the question first, but
10  this isn't a test of anyone's longevity. So, if you
11  need a break, please feel free.
12    Are you appearing today as a representative of
13  mBlox for the purpose of this deposition?
14    A. Yes, I am.
15    MR. RHOADES: Mark this as Exhibit 1.
16    (Whereupon, Defendant's Exhibit 1 was marked
17    for identification.)
18    MR. RHOADES: Q. If you can take a look at
19  what's been marked as Exhibit 1.
20    Have you seen this Amended Notice of 30(b)(6)
21  Deposition before?
22    A. Is it the original one?
23    MR. ANDERSON: If you recall.
24    THE WITNESS: I have.
25    MR. RHOADES: Q. Okay. If you could turn

Page 7

1  to page 5, the topics identified on page 5. Are
2  these the topics that you've come here today
3  prepared to discuss?
4    A. Yes.
5    Q. Did you receive any other topics for which you
6  are prepared to testify?
7    A. No.
8    Q. So you did not receive a separate deposition
9  notice from the plaintiff?
10    A. I did not.
11    Q. And is it your understanding that this
12  deposition will cover only these topics, and that if
13  there's additional discovery later on in this case, that
14  another deposition of mBlox may be necessary?
15    A. Yes.
16    Q. Apart from any conversations that you've had
17  with your lawyers, can you tell me what you did to
18  prepare for the deposition?
19    A. Nothing.
20    Q. Did you talk to anyone else at mBlox to be
21  able to address these topics?
22    A. I did not.
23    Q. So you're able to address them --
24    A. I am.
25    Q. -- from the knowledge you have?

Page 8

1    Did you look at any documents prior --
2    A. I did not.
3    Q. Did you review any of the materials that mBlox
4  produced to the parties?
5    A. I did not.
6    Q. Can you give us your current position with
7  mBlox?
8    A. My title is President Americas.
9    Q. How long have you been with mBlox?
10    A. Approximately four years.
11    Q. Are there other positions you've held with the
12  company?
13    A. I have held additional duties in addition to
14  presidency, yes.
15    Q. Can you tell us what those titles were?
16    A. I ran marketing for a period of time, and I
17  also ran global operations immediately after our merger
18  with mBlox and Mobilesys, M-o-b-i-l-e-s-y-s.
19    Q. And just for the record, approximately when
20  was the merger?
21    A. June of 2003.
22    Q. Thanks.
23    Can you tell us any education you've had since
24  high school?
25    A. I have a BA in Liberal Arts from St. Anson

Page 9

1  College in 1984, and I have an MBA in Finance from
2  American University in 1992.
3    Q. Is there a person at mBlox to whom you report?
4    A. Yes. I report to the CEO.
5    Q. And is the CEO in the United States or the UK?
6    A. He is located here in the United States.
7    Q. What's his name?
8    A. His name is Jeffrey Clark.
9    Q. Briefly, can you give a general description of
10  what your job entails?
11    A. I have operational responsibility at a P&L
12  level for our American and Asian markets at mBlox.
13    Q. At what level? I'm sorry.
14    A. P&L, profit and loss.
15    Q. Oh, P&L. Sorry.
16    Can you describe generally what mBlox's
17  primary business is?
18    A. MBlox offers connectivity services for content
19  owners so that they can connect with the wireless
20  operators. In effect, we are an access network.
21    Q. Has mBlox's business ever been described as a
22  mobile transaction network?
23    A. Yes.
24    Q. Is that the same thing?
25    A. That is the term we use. That is the internal

3 (Pages 6 to 9)

JAY EMMET     January 4, 2007

## Page 10

1  proprietary term we use to describe our network platform.
2      Q.  And the network platform provides connectivity
3  between whom and whom?
4      A.  Our clients, who are typically retail facing
5  entities, who are trying to offer service over mobile.
6  I'll call that the left-hand side.
7          The right-hand side I have direct connections
8  with a number of wireless operators across the globe.
9      Q.  And wireless operators are the companies that
10 provide wireless services to people who have mobile
11 phones?
12     A.  That's correct.
13     Q.  And, for instance, that would be Cingular,
14 Verizon?
15     A.  Cingular, Verizon, L'Orange, those types.
16     Q.  Is one of the services that mBlox offered
17 called mobile delivery; does that term mean something to
18 you?
19     A.  No.
20     Q.  Okay.
21         MR. RHOADES:  Mark this as two.
22         (Whereupon, Defendant's Exhibit 2 was marked
23         for identification.)
24         MR. RHOADES:  Q.  I've marked as Exhibit 2 a
25 printout from mBlox's Web page.  Mr. Emmet, have you

## Page 11

1  seen this before?
2      A.  Yes.
3      Q.  Okay.  And I apologize, some of these
4  questions may seem very basic to you, but for the
5  liberal arts majors in the room who don't understand
6  technology, I may have to go through some of this.
7          At the bottom of the first page of Exhibit 2,
8  it says, "Through our global strength and expertise,
9  mBlox leads the mobile delivery and mobile billing
10 industry."
11         Can you explain what mobile delivery and
12 mobile billing are?
13     A.  Sure.  I'm going to reference them in terms of
14 where it says mobile billing industry, so there's three
15 words here, not just two.
16     Q.  Absolutely.
17     A.  What that refers to is mBlox's ability to take
18 messages created by these retail facing entities and
19 connect them with the wireless operators.
20         So, when we say mobile delivery, we are
21 referring to messages being passed.  When we say mobile
22 billing, that refers to the ability to charge a handset
23 owner for the service that they have voluntarily signed
24 up for.
25     Q.  You use the term messages a couple times

## Page 12

1  there.  Can you explain in layman's terms what you mean
2  by a message?
3      A.  When we -- when I say message, I'm referring to
4  an SMS, which is a 160 character message supported
5  ubiquitously by most wireless operators.
6      Q.  What does SMS stand for?
7      A.  I don't know.  I don't know.
8      Q.  Is it Short Message Service?
9      A.  It's used -- it's one of those acronyms that
10 has a number of solutions for it.  Short Message Service
11 is one.  That's more proprietary to Sprint uses that term
12 than the other operators.
13     Q.  Are there other terms that you use that would
14 be mobile originated and mobile terminated?
15     A.  Yes.  That -- those two terms are used with
16 respect to the handset owner.
17         So, a mobile terminated message would be one
18 that a handset owner received from some other entity.
19         A mobile originated one would be a message
20 that that handset owner initiated themselves off that
21 handset.  So, it's with reference to the handset owner,
22 is it coming in or going out.
23     Q.  As to a mobile terminated message, the
24 originator of that message could be any one of a number
25 of other entities or other mobile users; is that

## Page 13

1  correct?
2      A.  That is correct.
3      Q.  So, the terminology refers only to how that
4  handset user perceives the message?
5      A.  Yes, that's correct.
6          MR. RHOADES:  Exhibit 3, please.
7          (Whereupon, Defendant's Exhibit 3 was marked
8          for identification.)
9          MR. RHOADES:  Q.  Mr. Emmet, I'm handing you
10 what's been marked as Exhibit 3.  Are you familiar with
11 this document?
12     A.  I need to get my glasses.  Could you restate
13 the question?
14     Q.  Sure.  Are you familiar with this document?
15     A.  I am not.
16     Q.  Do you recognize what this document is?
17     A.  I do not.
18     Q.  So, you've never seen this document before?
19     A.  I have not.
20     Q.  In mBlox's business, have you seen documents
21 similar to this?
22     A.  I have.
23     Q.  Could you give an example of what a similar
24 document would be?  What does this appear to be to you?
25     A.  It appears to be what I'll call a transaction

4 (Pages 10 to 13)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET      January 4, 2007

Page 14

1  log of a -- for a certain phone number.
2      Q.  Okay.  And can you explain what that is?
3      A.  That basically will show what I'll call the
4  historical transaction that have either been sent to or
5  received from this handset that have been routed through
6  the mBlox network.
7      Q.  From looking at this document, can you tell
8  whether there's a particular phone number for which this
9  is a transaction log?
10     A.  On the third column, which says Phone Number,
11 that would look to me to be normally the handset that is
12 interacting.
13     Q.  Okay.  Did you instruct someone to create this
14 document, although I understand you haven't seen it
15 before?
16     A.  I did not.
17     Q.  Well, let's talk about it.
18         Assuming this is a transaction log, can you
19 describe what the various columns are, at least starting
20 with the headers, what those mean?
21     A.  Sure.  So, normally a typical transaction log
22 would include the date, as this does; the short code,
23 which is, in essence, the campaign number; the phone
24 number is the handset that you would interact with.
25         The tariff heading reflects whether or not it

Page 15

1  is a billable iteration.  So, where it says null or
2  zero.  Status, I don't know those status codes, but they
3  will have something to do with the freshness and routing
4  of the message.  And then within the message body or pay
5  load, that's the contents of the actual message.
6      Q.  Let's take the first line as an example, the
7  one that appears to be dated January 18, 2006.
8          Is that date the date it was sent or received?
9      A.  That is the date it transitted our system.  So
10 that time and date really has nothing to do with either
11 sent or received.
12     Q.  When you say transitted, I'm not sure what you
13 mean by that.
14     A.  Since --
15         MR. ANDERSON:  I'm going to object there
16 because there was some question.
17         MR. RHOADES:  Okay.
18     Q.  Can you explain what you mean when you say
19 "transitted the system"?
20     A.  Since the mBlox network does not create or
21 initiate any events, all of them are predicated on
22 receiving a message or SMS from one of our clients or the
23 operators.
24         What I'm referring to is, when the message
25 went through our network.  When it was originated or

Page 16

1  when it is terminated to the handset, I don't have
2  control or insight to that.
3      Q.  Okay.  There's a time stamp there 6:41:47.878.
4  Is that thousands of a second there?
5      A.  Yes.
6      Q.  What time zone is that based on?
7      A.  Our network runs on GMT.
8      Q.  So, it's England?
9      A.  Yes.
10     Q.  So, this message transitted mBlox's system
11 January 18, 2006 at 6:41 and 47 seconds general or
12 Greenwich Meantime?
13     A.  Yes.
14     Q.  This short code, you said this deals with
15 what?
16     A.  The short code is, in essence, an 800 number.
17 It is a phone number.  So, this is the number that allows
18 the receiving party to opt into the service as well
19 communicate with it.  So, I would characterize a short
20 code as essentially the same thing as an 800 number.  It
21 allows -- it's an addressing number.
22     Q.  And here we have 49421.  That's the short code
23 for the message on the first line?
24     A.  Yes.
25     Q.  And as you already said, the phone number is

Page 17

1  the handset which would receive the message?
2      A.  Yes.
3      Q.  Where it says tariff on that line, it says
4  null.  And can you explain what that would mean with
5  respect to this message?
6      A.  It would mean it's not a billable message.
7          Some messages include a billing initiator.  So
8  that, if you were buying something, you would pay for
9  it.
10         Some messaging is free from a PR -- I'm
11 sorry -- not from a PR perspective, from a marketing
12 perspective.  They don't charge for it.
13         So what tariff means is:  Is this specific
14 message billable or not?
15     Q.  So, the recipient of this message did not pay
16 mBlox or the company originating the message for this
17 message?
18     A.  That is correct.  Anything with a tariff null
19 implies a standard rate message and the handset owner
20 would not pay charges to either the wireless operator or
21 indirectly the content provider.
22         I will note that, depending on their service,
23 they may pay for the message to their carrier.
24     Q.  But you're unable to tell that from this?
25     A.  I can't tell, and it differs by -- quite

Merrill Legal Solutions   (800) 869-9132

JAY EMMET    January 4, 2007

Page 18

1  frankly, it depends on what rate plan the handset owner
2  is with their wireless operator.
3      Q.  And you said status.  Are those codes
4  essentially?
5      A.  Yes, they're some type of code.  I don't have
6  any insight to them.
7      Q.  Do you know who would?
8      A.  One of our engineers or what I'll call
9  technical folks.
10     Q.  Is there a key or a legend that exists that we
11  could look at to reference what those codes establish?
12     A.  I am sure there's a reference document
13  somewhere that specifies in the protocol of these codes.
14         MR. RHOADES:  Brett, if you could produce
15  that, or maybe we need to talk to someone else, but I
16  would like to figure out what those status codes
17  indicate.
18         MR. ANDERSON:  Okay.  Superficially it appears
19  we'd have no objection.
20         MR. RHOADES:  Q.  Then in the message
21  body, this is, I think you said, what the end-user
22  would receive on their hand held?
23     A.  That's correct.
24     Q.  I note that it says, "The next call you take
25  may be your last."  And then there's 2e:2e:2e.

Page 19

1         Would that be contained within the message?
2      A.  Yes.
3      Q.  Are those as written, 2e:2e:2e?
4      A.  Again, our transaction log will show what was
5  contained in the pay load.  So, if it's there, it is --
6  it was sent.
7      Q.  Are the -- and if you look on the second line,
8  2e appears four more times.  Is that a binary code for a
9  character, or is that actually the text that would
10  appear in the message?
11     A.  That is the text that would appear in the
12  message.
13     Q.  Can you tell me a little more about the
14  database from which you would generate a transaction
15  log?
16     A.  Sure.  As messages are received by mBlox or
17  sent by mBlox, we write a transaction record for every
18  event, so to speak.
19         So, in the normal course of business, we
20  create these transaction logs that basically are just
21  histories of all the individual transactions that have
22  occurred on our system.
23     Q.  And is it also the ordinary course of mBlox's
24  business from time to time to create a transaction log
25  for a particular phone number?

Page 20

1      A.  I don't want to say we create a transaction log
2  for a particular phone number.  We do create transaction
3  logs for transactions.
4      Q.  Could you explain a little bit more what you
5  mean by that?
6      A.  Sure.  It's very similar to, you know, a cash
7  register receipt.  When a transaction happens, a record
8  is kept of it.  It's that simple.  Whether it's receiving
9  or sending a message or a message failed or a
10  message whatever, it's a historical record of
11  transactions.
12     Q.  And to create a list of transactions that
13  involved a particular phone number, would you run a
14  search query using that phone number?
15     A.  Yes, yes.  We would use the only key field here
16  obviously or unique field is the phone number.
17     Q.  So, if you wanted to create a transaction log
18  for this phone number, you would enter a query with that
19  phone number, and it would generate a list of all of the
20  transactions that involved that phone number that have
21  gone through mBlox's network?
22     A.  It's a long question.
23         So, we don't create transactions logs.
24  Transaction logs always exist.
25         What we would do is go and search for this

Page 21

1  particular number within the existing transaction logs.
2  So, it would be a subset of the logs specific to this
3  phone number.
4      Q.  Is there a term you would use to describe that
5  subset that was based on a single phone number?
6      A.  No, no.  It's one off search.
7      Q.  And who at mBlox could perform that search?
8      A.  Anyone in our technical group.
9      Q.  And then those people would have knowledge of
10  how the database is maintained and operates?
11     A.  Absolutely.  So I'll call them our operations
12  group, the people who run the network.
13     Q.  How far back does the database go?
14     A.  Since message one.
15     Q.  So you keep a record of every transaction?
16     A.  Yes.
17         (Whereupon, Defendant's Exhibit 4 was marked
18  for identification.)
19         MR. RHOADES:  Q.  Mr. Emmet, I've handed
20  you the complaint that initiated this case.
21         Have you seen this document before?
22     A.  I have.
23     Q.  If I could ask you to turn to page 3.
24         If you could compare what's written in
25  paragraph 17 and 18 on page 3 with the first line of

Merrill Legal Solutions   (800) 869-9132

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET     January 4, 2007

Page 22

1  Exhibit 3. Take your time.
2      MS. BECKER: Give me one second. Okay.
3      MR. RHOADES: Q. Are the dates and time the
4  same in paragraph 18 of Exhibit 4 and line 1 of
5  Exhibit 3?
6      A. I don't know.
7      Q. If you assumed that the date referenced or
8  the -- excuse me -- the time referenced in Exhibit 4,
9  which is the complaint, was Eastern Time, would those
10 dates and times be the same?
11     MR. ANDERSON: I'm going to object, incomplete
12 hypothetical.
13     MR. RHOADES: Okay.
14     Q. If in Exhibit 4, which is the complaint, the
15 time in paragraph 18 that says 1:41 a.m., if you assume
16 that that time is Eastern Time, you know, United States,
17 then does that time and date match up with the time and
18 date on --
19     A. Yes.
20     Q. Because we established that the time and date
21 is Greenwich Meantime.
22     In paragraph 19 that says the sender of the
23 text call identified itself as only 49421, and that
24 number appears as the short code in Exhibit 3; is that
25 right?

Page 23

1      A. Yes.
2      Q. Then, if you'll compare the message body in
3  Exhibit 3 to the text in paragraph 17 of Exhibit 4, do
4  those appear to match up to you?
5      A. They do.
6      Q. There is no -- in paragraph 17 of Exhibit 4,
7  there is no 2e:2e:2e as we discussed; is that right?
8      A. That's correct.
9      Q. Does that suggest anything to you?
10     MS. BECKER: Objection, calls for speculation.
11     MR. RHOADES: You can answer the question.
12     THE WITNESS: It appears to be a formatting
13 error to me.
14     MR. RHOADES: Q. A formatting error in the
15 message body on Exhibit 3, or in the paragraph 17 on
16 Exhibit 4?
17     A. There are some character strings that are
18 treated by the network as symbols, like colons and
19 periods and ampersands and tildes, that when you print
20 them out, you see the binary representation for them;
21 while the network itself when presents the text will
22 translate it correctly into the character you're trying
23 to achieve. So those 2:e colons appear to me to be the
24 symbol for a period.
25     Q. Based on your review of these two documents,

Page 24

1  is it your understanding that the message referenced on
2  the first line of Exhibit 3 is the same message that is
3  referenced in the complaint on paragraph 17, 18, and 19?
4      A. Yes.
5      Q. Do you know if the message -- let's come up
6  with a shorthand for it.
7      Can we just call this the message on
8  Exhibit 3, even though there are multiple messages on
9  Exhibit 3? We can just talk about the first one as --
10     MS. BECKER: I suggest calling it the Cell
11 Message, because it's the topic we're actually
12 interested in.
13     MR. RHOADES: Q. Why don't we call this the
14 Cell Message; is that all right, Mr. Emmet?
15     A. Yes.
16     Q. Did mBlox play a role in the transmission of
17 the Cell Message to the plaintiff?
18     MR. ANDERSON: I'm going to object as to
19 transmission, the term being vague.
20     MR. RHOADES: Q. Okay. Did mBlox play a
21 role in any stage of the, from the origination to
22 the destination of the message, the Cell Message
23 that we're discussing?
24     A. Yes.
25     Q. And the role that mBlox played, was that part

Page 25

1  of a campaign by IPSH advertising the novel "Cell" by
2  Stephen King?
3      MS. BECKER: Objection, compound.
4      MR. RHOADES: Q. Was mBlox's role part of an
5  agreement with IPSH?
6      A. IPSH is a client of mBlox, yes.
7      Q. And was there an agreement between IPSH and
8  mBlox by which mBlox agreed to facilitate the
9  transmission of SMS messages for the Stephen King
10 campaign?
11     A. No.
12     Q. Was there an agreement between IPSH and mBlox
13 that related to facilitating SMS messages in general?
14     A. Yes.
15     Q. Okay.
16     (Whereupon, Defendant's Exhibit 5 was marked
17     for identification.)
18     MR. RHOADES: Q. Mr. Emmet, you've been
19 handed what is marked as Exhibit 5. Do you
20 recognize this document?
21     A. I do.
22     Q. Can you tell us what it is?
23     A. It is a MSA, a standard master service
24 agreement. This is typically the contract that mBlox
25 signs with our clients.

7 (Pages 22 to 25)

JAY EMMET    January 4, 2007

Page 26

1    Q.  And this agreement covers the service that
2  mBlox provides to IPSH?
3    A.  That's correct.
4    Q.  With respect to the sending of SMS messages?
5    A.  Also correct.
6    Q.  As far as you know, does this agreement cover
7  the service that mBlox provided with respect to the Cell
8  Message that we looked at on Exhibit 3?
9    A.  This contract would set up the conditions under
10  which we carry traffic and the obligations and
11  requirements the originating client must align with to
12  send that traffic.
13    Q.  Does this agreement cover any service that
14  mBlox would provide, other than relating to SMS
15  messages?
16    A.  No.
17    Q.  I'd like to talk, if we could, in detail about
18  the technical process by which an SMS message would
19  leave a client of mBlox and ultimately end up on the
20  handset of the end-user.
21      I'm going to have this, ask the questions with
22  respect to the Cell Message here.  So, if there's
23  different technologies that involve other messages, we
24  can put those aside and just focus on this one.
25      Can you explain the first step by which the

Page 27

1  Cell Message would go from the client, being IPSH, to
2  mBlox?
3    A.  Yes.  IPSH would create these messages.
4      IPSH would have some type of relationship with
5  these handset owners, and IPSH would route the messages
6  through mBlox, who would then in effect distribute them
7  to the appropriate wireless operator.
8      And if there was a response by the handset
9  owner, mBlox would route that message from the wireless
10  operator back to the IPSH platform.
11    Q.  What computer hardware or software is needed
12  for the interface between IPSH and mBlox?
13    A.  Our mobile transaction network referenced
14  earlier is essentially a collection of servers,
15  computers, and software, both proprietary and
16  off-the-shelf.
17      So that is, at heart, our network is -- I'll
18  call it -- a collection of servers with software running
19  on it.  Essentially it's a switching network.
20    Q.  So, if you could explain what IPSH does to
21  complete the hand-off of the message from IPSH to mBlox?
22    A.  So there is a connection between IPSH and
23  mBlox, a virtual connection.  So, in effect, mBlox gives
24  IPSH a IP address with a password, and their application
25  sends messages to us, to this IP address where we accept

Page 28

1  them and then route them subsequent to their final
2  destination on the carrier network.
3    Q.  In what form would the messages arrive from
4  IPSH to mBlox?
5    A.  MBlox has three standard protocols that clients
6  can choose to engage.  I believe IPSH runs on the SMSC
7  protocol, which is the most common and accepted one.
8      Typically the message has two parts.  The
9  first is the header, that includes essentially routing
10  and addressing information.
11      The second piece is what we refer to as the
12  pay load or the message body, which is the actual
13  message itself.
14    Q.  We'll come back to that in a minute.
15      Can you explain a little more what the SMSC
16  protocol entails?
17    A.  It's a technical specification that messages
18  have to be in this format for them to work.  That's all
19  it means.  It's standard.
20    Q.  Is it a software application, or is it just --
21    A.  It's a standard.
22    Q.  Now, the message that, taking an individual
23  message that IPSH would send to mBlox, you said the
24  header contains routing address information.
25    A.  That's correct.

Page 29

1    Q.  What are those involve?
2    A.  So that would include the mobile number that
3  you're trying to send it to, possibly the carrier, as
4  well as some information around whether it's billable or
5  not.
6      And it will also include some statusing as it
7  moves through the system, so that as we hand these
8  messages off to each other, we maintain a trail, and, in
9  effect, a session.  So, I'll call the header comparable
10  to the address on the front of an envelope.
11    Q.  Does the header include time and date that
12  IPSH would like the message to be delivered?
13    A.  No.
14    Q.  How is that determined?
15    A.  It's real time.  So, IPSH sends it, and I send
16  it right on.  We don't -- in this instance, it's real
17  time.  So, when the message comes, I'll try to route it
18  immediately regardless of time of day.
19    Q.  And still talking about the interaction
20  between IPSH and mBlox to pass the messages off, is
21  there any human interaction or intervention that takes
22  place in that process?
23    A.  No.
24    Q.  Now, once the message has been handed off from
25  IPSH to mBlox, what hardware or software is used while

8 (Pages 26 to 29)

JAY EMMET    January 4, 2007

Page 30

1  the message, I'll say, is in transit within mBlox?
2      A.  Again, it's our mobile transaction network.
3  It's on the network itself.  So, it's comparable to my
4  earlier answer which is a collection of servers,
5  computers and software that this message would run
6  across.
7      Q.  If more than one message is received from IPSH
8  by mBlox, does mBlox then sort those messages in any
9  way --
10     A.  No.
11     Q.  -- after receipt?
12     A.  No.  All messages are independent to mBlox.  I
13  don't -- we don't see linkage between two events.
14  They're all independent events.
15     Q.  Is there any human interaction or intervention
16  while the messages are in transit within mBlox?
17     A.  No.
18     Q.  Is there any human involvement to insure the
19  volume at which messages are traveling or anything like
20  that?
21     A.  No.
22     Q.  So, if mBlox received from its clients an
23  enormous volume of messages all at the same time, a
24  computer would handle all of the routing issues?
25     A.  So, our capacity is not unlimited, and I

Page 31

1  throttle clients to through put to manage my network.
2      But within the constraint of their throttle,
3  their commercial throttle, they can send up to that
4  amount.
5      Q.  The throttle is the number established in
6  advance for how many messages the client can send -- let
7  me finish the question.
8      The throttle is a number set in advance of the
9  number of messages that a client can send for a period
10  of time?
11     A.  That's correct.  It's messages per second is
12  how it's defined.  Typically that is a term included in
13  the MSA.
14     Q.  When mBlox receives a message, you said that
15  there's a header with routing information which
16  sometimes includes the carrier; is that correct?
17     A.  That's correct.
18     Q.  What happens if the carrier information is not
19  included in the header of the message?
20     A.  In some instances, mBlox will do a database
21  look up where we have a commercially-available database
22  of all phone numbers in America that specify the carrier
23  that number is associated with.
24     So, what we do is dip into the database with
25  the phone number, and it returns a carrier code that we

Page 32

1  can then use to route that message to the appropriate
2  carrier.
3      Q.  Can you explain to me how the routing of
4  messages to carriers works?
5      A.  Yes.  MBlox has, here in the United States,
6  mBlox has direct connections with all the wireless
7  operators.  So, we pass these -- we route these messages
8  via our direct connections, which, depending on the
9  carrier, some are virtual private networks, some are T1
10  lines.  I'm referring to the technical interface.
11  Essentially, we have direct connections.
12     Q.  And when mBlox is ready to pass the message
13  onto the carrier, does it send them individually or in
14  bundles?
15     A.  They are all sent individually.  There's no
16  such thing as a bundle.
17     Q.  What's the hardware or software that's needed
18  for the interface with the carriers?
19     A.  Again, it's the connection to our mobile
20  transaction network, and it is that collection of
21  servers, computers and software.
22     Q.  Then the carriers route the message to the
23  individual end-user?
24     A.  That's correct.  The carriers accept the
25  message from us and route it from what I'll call mBlox's

Page 33

1  entry point into the carrier network down to the handset.
2      Q.  And can you explain in broad strokes
3  technically what that means?
4      A.  It's very similar to what mBlox does.
5      The carrier gets the message.  They look at
6  the phone number, and they say:  Oh, this is Jay Emmet.
7  They find out where the phone is on their network, and
8  they send it there.
9      Q.  Do they essentially dial the number?
10     A.  No, there's no dialing.  It's a routing
11  transaction.
12     (Whereupon, Defendant's Exhibit 6 was marked
13     for identification.)
14     MR. RHOADES:  Q.  Mr. Emmet, I hand you what's
15  been marked as Exhibit 6.  Do you recognize this
16  document?
17     A.  I do.
18     Q.  Can you tell us what it is?
19     A.  It's a high level architectural overview of the
20  mobile transaction network.
21     Q.  Was it the ordinary course of business for
22  mBlox to create documents of this type?
23     A.  Yes.
24     Q.  And was this document maintained in the
25  ordinary course of mBlox's business?

9 (Pages 30 to 33)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET    January 4, 2007

Page 34

1    A.  Yes.
2    Q.  Was the information in the document put down
3  at or near the time that the events that are recorded?
4    A.  I don't know.
5    Q.  And was the information in this document
6  entered by a person with knowledge of mBlox's business
7  practices?
8    A.  I don't know.
9    Q.  You don't know who the author of this document
10  is?
11    A.  I do not.
12    Q.  If you could turn to the third page, which is
13  Bates stamped MBLOX 19.  It says Architectural Overview.
14    A.  Yes.
15    Q.  Does this page or the diagram on this page
16  represent the architecture that was used to send the
17  Cell SMS message that we were just discussing?
18    A.  Could you restate that question, please?
19    Q.  Sure.  We were just talking about the way that
20  a message gets from a client through mBlox to an
21  individual user, and you described in detail for me how
22  that happens.
23      Does this diagram pictorially represent that
24  process?
25    A.  So, this diagram is a logical representation of

Page 35

1  our network.  It is not a process or technical path.
2    Q.  Okay.  Does this diagram represent the
3  structure of the network that would have been used for
4  the Cell Message to get from IPSH to the ultimate
5  end-user?
6    A.  It represents the logical architecture, not
7  necessarily the technical architecture, of the mobile
8  transaction network.
9    Q.  Can you explain the difference between those
10  two?
11    A.  Yes.  A logical representation is more oriented
12  to what I'll call an abstract representation of the
13  network typically for commercial or client use.
14      A technical representation would be a map of
15  devices, protocols, platforms, what I'll call the
16  detailed technical structure of the network.
17    Q.  Okay.  Is this the logical explanation of the
18  network as it existed when the Cell Message was sent?
19    A.  Yes.
20    Q.  Okay.  On the left-hand side it says, "Client
21  A, B, C."  In our circumstance, who would the client be?
22    A.  It would be IPSH.
23    Q.  Okay.  Then there are three arrows.  One says
24  SMPP, one says XML, and then there's a curved arrow
25  which says MSIP.  Can you explain what those represent?

Page 36

1    A.  Yes.  Those are the three different protocols
2  we offer our clients that they can choose to connect to
3  us.
4      Typically clients choose one of those three
5  interfaces, either SMPP, XML, or Mset, depending on the
6  nature of their operating system.  So, think of those as
7  flavors; choose the flavor that suits them.
8    Q.  And do you know which flavor IPSH chose?
9    A.  I do not know for a fact.
10    Q.  Earlier you said that IPSH used SMSC.
11    A.  Right.
12    Q.  I don't see that represented here.
13    A.  It's another term for SMPP.
14    Q.  So, when SMPP would encompass SMSC?
15    A.  Yes, they are the same protocol.
16    Q.  Okay.  The next boxes say SMPP1 and 2, and
17  XML1 and 2.  Can you tell me what those represent
18  logically?
19    A.  Yes.  Those are gateways or doorways that
20  basically receive, or I'll say receive messages coming to
21  you from our clients.  So, it's a gateway.  It's a point
22  of entry to our network.
23    Q.  And then following that are several arrows
24  with MSIP.  And can you explain what those represent?
25    A.  Yes.  Again, it depends on which of the

Page 37

1  protocols that you're using.
2      For SMPP and XML we have a front end gateway,
3  which you see as SMPP1 and 2, and XML1 and 2.  The
4  nature of the Mset protocol is such that it can bypass
5  the gateway and directly route into the core switch.
6    Q.  But again, it's your understanding that IPSH
7  used SMPP, so it would not be bypassing the gateway.
8    A.  That's correct.
9    Q.  The next representation says US PSMS 1 and
10  US PSMS 2.  Can you tell me what those logically
11  represent?
12    A.  Those refer to servers, switching servers that
13  actually do the routing of the message.
14    Q.  Within mBlox?
15    A.  Yes.
16    Q.  There's an arrow that points down to a barrel
17  that says Reporting.  What is that function?
18    A.  So, mBlox has a reporting tool that allows us
19  to manage our network.  Clients also use it, too, to
20  understand the nature and shape of their transaction
21  flow.
22    Q.  What do you mean by nature and shape of
23  transaction flow?  I'm sorry.  I just don't understand
24  that.
25    A.  Sure.  So, some messages might, a client might

10  (Pages 34 to 37)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

Page 38

1  send us a message to a phone number that we can't
2  identify, so we would return an error message back.
3      And they would want to know how many error
4  messages they were getting in relation to successful
5  messages. Typically that's what most reporting keys
6  around, successful versus unsuccessful.
7      Q. Is the reporting that's represented here also
8  include creating the transaction logs that we were
9  discussing earlier?
10     A. No.
11     Q. Where are those in this diagram?
12     A. They are not -- again, this is a logical
13  representation rather than a technical representation.
14  The reporting tool would use those logs as the source of
15  data that it would report on.
16     Q. After the message leaves the US PSMS, it
17  appears to travel to something called GW 1?
18     A. Yes.
19     Q. What does that represent?
20     A. Those are called Gateways 1 and 2. And that
21  refers to the portion of the network that is specific to
22  each carrier.
23     So, each carrier is different in terms of the
24  protocol and essentially structure of the message.
25     So, what we do is shape it for the specific

Page 39

1  carrier. When I say "shape," I mean the address, not
2  the pay load or text of the body.
3      Q. The address is the ten-digit telephone number;
4  is that correct?
5      A. Well, again, I'm going to go back to my terms
6  where I said every SMS has two parts: One is the header
7  that contains, among other things, addressing
8  information; and the pay load, or message body itself,
9  which is the text that you see.
10     Q. But when you said you have to shape it for the
11  particular carrier, can you explain what you would mean
12  by that?
13     A. We have to route it to the carrier and present
14  it in such a way according to that carrier's guidelines
15  that their network will accept it. So each carrier in
16  America uses a slightly different version of the
17  protocol.
18     Q. And then on Exhibit 6, the gateways appear to
19  lead to representations of several of the carriers; is
20  that right?
21     A. Yes, that's correct. And that is an incomplete
22  list, but again, it's just representative.
23     Q. So, under this representation after the
24  gateway, the message would then be passed onto the
25  carrier.

Page 40

1      A. The gateway is the node on our network that is
2  directly connected to the carrier is the last stop on the
3  mBlox network.
4      Q. If for some reason a carrier rejected a
5  message, would the message return back through this same
6  architecture?
7      MR. ANDERSON: Objection, vague as to the
8  message.
9      MR. RHOADES: Q. If an SMS message passed
10  from a client through mBlox and upon reaching the
11  carrier that SMS message was rejected by the carrier
12  for some reason, is there a return path that the
13  message would take?
14     A. So, each carrier is different.
15     Some carriers offer fairly rigorous status and
16  end state messaging back to us so that we see the stages
17  of the message. Other carriers have much less
18  sophisticated capabilities, and all they can tell us is
19  they received a message. So, it depends is the answer.
20     Some carriers give us great visibility into in
21  term statusing, some do not.
22     In general, if a message fails at a carrier,
23  they send us back a failure message.
24     Q. Which would then end up in the reporting?
25     A. Yes, it would. And we would also pass that

Page 41

1  failure message back to our client to maintain
2  transparency and session control.
3      Q. Does mBlox have different delivery products
4  that clients can select to send SMS messages?
5      A. Yes.
6      Q. Do they include economy advanced direct plus
7  and Intellisend?
8      A. That is our European product set that you are
9  describing.
10     Q. Is there a different U.S. product set?
11     A. Yes, there is.
12     Q. Can you tell us what they include?
13     A. The U.S. product set is two products: One is
14  called standard rate or MT; the other is premium or PSMS
15  as it's frequently referred to.
16     Q. You said MT. Does that stand for mobile
17  terminated?
18     A. Yes.
19     Q. Can you explain the difference between mobile
20  terminated and premium?
21     A. Yes. A standard rate or mobile terminated
22  message is one that a handset will receive and there's no
23  additional charge beyond their plan.
24     For a premium message, there's an additional
25  charge for that service that you are purchasing.

JAY EMMET     January 4, 2007

**Page 42**

1    Q.  If you look back at Exhibit 3 and the Cell
2  Message in the first line, are you able to tell whether
3  that was sent under mobile terminated service or premium
4  service?
5    A.  Yes.  This was sent under a standard rate
6  service.
7    Q.  Is that a mobile terminated service?
8    A.  Yes.
9        MR. RHOADES:  Let's take a five-minute break.
10       (Recess taken at 10:17 to 10:25.)
11       MR. RHOADES:  Q.  Mr. Emmet, let's turn
12  back to the Cell Message we were discussing earlier.
13       The phone number in that message, was that
14  something that mBlox generated or had in advance?
15    A.  No.
16    Q.  Where did mBlox obtain that number?
17    A.  The number would have been included in the
18  header of the message that we received from a client.
19    Q.  And in this case, the client is IPSH?
20    A.  That's correct.
21    Q.  Do you know if this message -- or excuse me --
22  this phone number was the only one received that
23  contained that message body or whether there were other
24  similar messages at or around this time?
25    A.  There -- I became aware after the fact that

**Page 43**

1  more than one number had received this message.
2    Q.  Do you know approximately how many numbers
3  received this message?
4    A.  I don't know exactly.
5    Q.  Are we talking more than a dozen, though?
6    A.  Approximately 50,000.
7    Q.  And I know we talked earlier about the hand
8  off between IPSH and mBlox, but for these messages that
9  we're now discussing, in what format do they arrive from
10  IPSH, and by that I mean, are they in an Excel document,
11  Word document, or some other format?
12    A.  No.  They arrive at our gateway as literally
13  the message itself is sent to our gateway over the public
14  Internet.
15    Q.  And as these messages arrive, are they in any
16  particular order?
17    A.  They are in the order that IPSH sent them to
18  me.
19    Q.  So you're not sure if they were sorted by area
20  code?
21    A.  No, I do not know the nature of the string.
22    Q.  In the process of interfacing with IPSH to
23  send the Cell Message and the others like it that we
24  were just discussing, did mBlox's system store the
25  numbers that are contained in the header information?

**Page 44**

1        MR. ANDERSON:  Objection, vague as to store.
2        MR. RHOADES:  Q.  Well, is there any way
3  that mBlox could check its system and come up with
4  the phone numbers that mBlox was paid to enable the
5  transmission of the Cell Messages?
6    A.  We do not store phone numbers.  We do write
7  transaction logs that describe transactions or
8  transaction records, I'm sorry, within a transaction log.
9  The phone number would be part of that transaction log,
10  transaction record.
11    Q.  Are they stored -- strike that.
12       Can we come up with a term for maintaining
13  them; is that fair?
14    A.  We do not maintain them.  A historical
15  transaction record is written, and at that point it is
16  archived.
17    Q.  Are they archived in a way that will allow
18  them to be used again for a subsequent SMS message?
19    A.  No.
20    Q.  Let's say IPSH wanted to send SMS messages
21  with a different message body to the set of persons who
22  received the Cell Message, could they send mBlox a
23  message body and say:  Please use the same numbers as
24  last time?
25    A.  No, nor do we offer that service.

**Page 45**

1    Q.  And why is that not possible?
2    A.  In the United States, clients like IPSH are
3  required to secure a proactive opt-in prior to sending
4  them any messages.
5        So, since mBlox is not in the application or
6  retail business, we only run our B2B transaction
7  network.  We never create messages at mBlox.
8    Q.  Is the network architecture of mBlox currently
9  capable of pulling up those numbers if it wanted to and
10  sending --
11    A.  No.
12    Q.  Let me finish the question.
13       -- sending a new message with the same
14  telephone numbers?
15    A.  No.
16    Q.  Similarly, does mBlox's current network
17  architecture have the capability to produce a list of
18  telephone numbers to which SMS messages would be sent?
19    A.  I'm sorry.  Could you restate that question?
20    Q.  Sure.  Does mBlox's network architecture have
21  the capability to produce a list of telephone numbers to
22  which SMS messages could be sent?
23    A.  We are able to report on any field within the
24  transaction records that are written.
25    Q.  Let's say you wanted to send -- "you" is

Merrill Legal Solutions   (800) 869-9132

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET    January 4, 2007

Page 46

1  imprecise.
2      Could mBlox produce a set of telephone numbers
3  to which it could send -- to which SMS messages could be
4  sent that would be other than telephone numbers already
5  maintained in its archived transaction logs?
6      A.  No.
7      Q.  Does mBlox's network architecture have a
8  random number generator that could be used to produce a
9  list of telephone numbers to which SMS messages could be
10 sent?
11     A.  No.
12     Q.  Does mBlox's network architecture have a
13 sequential number generator that could be used to
14 produce a list of telephone numbers to which SMS
15 messages could be sent?
16     A.  No.
17     Q.  Just an aside, would it make sense to try to
18 send SMS messages to a list of random numbers, random
19 ten-digit telephone numbers?
20     A.  I don't understand that question.
21     Q.  Let's say you had a random number generator
22 that would generate ten-digit numbers.  Would it make
23 sense to use that random number generator to send SMS
24 messages?
25     A.  No.

Page 47

1      Q.  Why not?
2      A.  In the United States, my carrier contracts
3  require me to place on my clients the burden to secure a
4  proactive opt-in.  You cannot send unsolicited SMS
5  messages in America.
6      Q.  I was thinking in terms of, if you took --
7  let's say you took a random number generator and came up
8  with ten-digit numbers, how many of those would be
9  mobile telephones?
10     A.  I don't know.
11     Q.  In fact, you might get a lot of nonexistent
12 telephone numbers and land lines, would you not?
13     A.  I don't know.  There are 200 million mobile
14 phones in the United States.
15     Q.  Now, let's talk about content of the message,
16 the Cell Message, who created the text of that?
17     A.  I don't know for a fact.  IPSH is who I have
18 the legal relationship with, so I would hold IPSH to
19 having created this.
20     Q.  And as far as you know, the message body is
21 only text; is that correct?
22     A.  Yes.
23     Q.  There's no human voice contained in the
24 message?
25     A.  No.

Page 48

1      Q.  There is no artificial voice in that message?
2      A.  No.  They are text-based messages, meaning that
3  within the pay load, it is a text character string.
4      Q.  Just to complete.  There is no prerecorded
5  voice that goes with the message?
6      A.  Not with this message, no.
7      Q.  What would happen if the message, Cell Message
8  here had been sent to a phone number that was assigned
9  to what I'll call a land line?  Does that make sense to
10 you?
11     A.  It does.
12     Q.  Could that message have been received
13 reviewed?
14     A.  No.
15     Q.  Why not?
16     A.  Because mBlox does not have connections with
17 land line carriers, so I cannot terminate the message to
18 them.
19     Q.  Technologically is there a difference between
20 a land line phone and a mobile phone for the purpose of
21 receipt of SMS messages?
22     A.  In the United States today, land line phones
23 cannot receive SMS messages.
24     Q.  Now, you mentioned mobile originated messages,
25 which are those messages that start from a mobile phone,

Page 49

1  and those can also terminate at a mobile phone; is that
2  correct?
3      A.  That's correct.
4      Q.  Is there a difference between how an SMS
5  mobile originated and terminated message would travel
6  than how a voice call from a mobile phone to a mobile
7  phone would travel?
8      A.  Restate that question.
9      Q.  Sure.  Is there a difference between how an
10 SMS mobile originated and also mobile terminated message
11 would travel through the carriers than a voice call from
12 a mobile phone to a mobile phone?
13     A.  I don't know.
14     Q.  Can an SMS message convey audible information?
15     A.  Yes.
16     Q.  Did this SMS contain audible information that
17 we're talking about, the Cell Message?
18     A.  No.
19     Q.  Is there a limit to the length of an SMS
20 message?
21     A.  Yes.
22     Q.  And what's that limit?
23     A.  One hundred sixty bytes.
24     Q.  And by "bytes," does that equate usually to
25 characters?

13  (Pages 46 to 49)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

Page 50

1   A.  Yes, or the space required by a character.
2   Q.  If you're using a mobile telephone for voice
3   communications, can you simultaneously receive an SMS
4   message?
5   A.  Yes.
6   Q.  While you are using a mobile phone for voice
7   communications, can you simultaneously receive and
8   listen to a voice message?
9   A.  Could you restate that?
10  Q.  Sure.  If you're using a mobile telephone for
11  a voice communication and you receive a call that ends
12  up being a voice mail -- does that make sense?
13  A.  Yes.
14  Q.  While you are on the original call, can you
15  simultaneously listen to the voice message through that
16  mobile phone?
17  A.  I don't know.
18  Q.  At the moment that you receive an SMS message
19  such as this Cell Message here, could the mobile
20  telephone that received that message also be performing
21  other functions?
22  A.  Yes.
23  Q.  For instance, can you read an SMS message at
24  the moment that you are receiving a different SMS
25  message?

Page 51

1   A.  Yes.
2   Q.  Can you compose an SMS message at the moment
3   that you are receiving a different SMS message?
4   A.  Yes.
5   Q.  Do you have to read an SMS message at the
6   moment that it is received?
7   A.  No.
8   Q.  Can you leave it in your mobile phone in-box
9   for a period of time?
10  A.  In general, yes.  There are some services
11  offered by some carriers depending on handset model and
12  technology, but in general, I would say yes.
13  Q.  Can you engage in instant two-way
14  communications using SMS messages?  I can clarify that,
15  if you need.
16  A.  Yes, please.
17  Q.  By instant two-way communications, I mean both
18  parties communicating simultaneously so that you don't
19  have to wait for the other party to finish before you
20  are able to respond.
21  A.  Yes, they are independent of each other.
22  Q.  I'm sorry.  Can you explain your answer?
23  A.  So, the way I would characterize it is:  When
24  you send a text, it's not a call in the sense that there
25  are two interactive parties.  It's one party sending

Page 52

1   something to another party that isn't engaged in it.
2   I'll compare it to mailing a letter.  You can
3   mail me a letter and it can end up in my mail box, and I
4   have not done anything.  So yes, you can do that.
5   Q.  Is that a difference that you see between text
6   messages and voice communications?
7   A.  Yes.
8   Q.  Do you know if mBlox is considered a common
9   carrier as defined by the Federal Communications
10  Commissions?
11  A.  We are not.
12  Q.  Does mBlox deliver any live voice
13  communications through its services?
14  A.  We do not.
15  Q.  Now, the Cell Message we were talking about in
16  Exhibit 3 has a short code of 49421; is that right?
17  A.  Yes.
18  Q.  When the phone number here (631) 697-6839
19  received this message, who would appear as the
20  originator of that message?
21  A.  That short code number.
22  Q.  What would happen if the recipient of the Cell
23  Message replied to that SMS message?
24  A.  The message would route back through their
25  operator back to mBlox, and I would send it to IPSH.

Page 53

1   When I say "I", I mean mBlox, mBlox would send it to
2   IPSH.
3   What IPSH is able to do with it at that point
4   is really a function of IPSH's application.
5   Q.  And replying to that short code would be the
6   same thing as sending a text message to that short code;
7   is that correct?
8   A.  It is a text message.
9   Q.  Could the recipient of the Cell Message on
10  Exhibit 3 enter 49421 into his or her mobile phone and
11  be connected to a human being?
12  A.  No.
13  Q.  Could the person use that short code in any
14  way to get a live voice communication?
15  A.  No.
16  MR. RHOADES:  Let me take two minutes, but I
17  may be done depending on what questions Nance may ask.
18  (Off the record at 10:41 to 10:44.)
19  MR. RHOADES:  Q.  Mr. Emmet, I just wanted
20  to focus a little bit about the moment of interface
21  between IPSH and mBlox.
22  I believe you said that the messages come
23  through one at a time over an Internet connection.
24  As a nontechnical person, maybe you could
25  explain in what format they come through the Internet.

JAY EMMET    January 4, 2007

Page 54

1    A.  Sure.  They come through, again, according to
2  one of our three protocols.
3        When you say format, it's basically just, it's
4  an Ascii data stream within a defined record format.
5    Q.  And using the protocol selected by the client,
6  they send that data stream, and mBlox then takes the
7  data stream and converts it into individualized
8  messages?
9    A.  No.  They arrive as individual messages.
10       So, the interface would be IPSH sends us a
11  message, we take it, and accept it.  The next one comes
12  in, we take it and accept it.  So, it's a linear
13  nonsession perspective.  Each one is different.
14    Q.  And does mBlox know in advance how many
15  messages it will be receiving at that point?
16    A.  No.
17    Q.  Does mBlox begin processing the first message
18  as soon as it's arrived, it doesn't wait for all of them
19  to arrive?
20    A.  Again, there's no linkage between messages, so
21  yes.
22    Q.  Going back to Exhibit 3.  Who at mBlox could
23  we speak with to determine how this document was
24  created?
25    A.  Which document?

Page 55

1    Q.  Exhibit 3, the transaction log.  It's right in
2  front of you.
3    A.  It would be the operations lead who could tell
4  you.  Let me restate that.
5        Our client service manager in Sunnyvale could
6  tell you who created this ad hoc report.
7    Q.  What's that person's name?
8    A.  Johan Lindstrom, J-o-h-a-n, L-i-n-d-s-t-r-o-m.
9  it has the two little periods over it, but I don't know
10  if you have a Swedish typeset.
11       MR. RHOADES:  Pending new areas that
12  Ms. Becker may get into, that's all the questions I
13  have.
14       EXAMINATION BY MS. BECKER
15       MS. BECKER:  Good morning.  I said hello to
16  you before, but let me introduce myself on the record.
17       My name is Nance Becker.  I'm an attorney at
18  Chavez & Gertler, and we represent the plaintiffs in
19  this case.
20       My questions might jump around a little bit,
21  because I'm picking up on some things that were said
22  before, so I apologize for that.
23    Q.  Let me ask you first, we have marked before as
24  Exhibit 6, I guess it was, a document, and I wanted to
25  have us mark as the next exhibit, which I guess is 7, a

Page 56

1  document which I think includes Exhibit 6.
2        (Whereupon, Plaintiff's Exhibit 7 was marked
3        for identification.)
4        MS. BECKER:  Q.  Exhibit 7 has been Bates
5  numbered mBlox 3 through mBlox 37.  We received these
6  documents on a CD, so it was a little hard for me to
7  tell sometimes how they were related.
8        Is this, in fact, the Exhibit 7, part of one
9  mBlox brochure?
10       MR. ANDERSON:  Objection, vague.
11       THE WITNESS:  I'm sorry.  Is there a question
12  pending for me?
13       MS. BECKER:  Yes.  Let me rephrase.
14    Q.  Are all the pages in what I've marked as
15  Exhibit 7 part of one single document that mBlox uses?
16    A.  No.
17    Q.  Okay.  Are documents Bates stamped pages 3
18  through 15 all part of the same document or brochure, if
19  I can call it that?
20    A.  I would not call this a brochure.
21       I would call this a sales pitch deck is how we
22  would refer to it, which is typically a piece of
23  commercial collateral sales rep creates to use when
24  talking to prospects or potential clients.
25    Q.  Okay.

Page 57

1    A.  It's not standard across the company.
2        So my example is, I have a different one that
3  I use compared to the vice president of Europe.
4    Q.  Do you know who or which division within mBlox
5  created the portion of this entitled Products?
6    A.  Yes.  I would say that comes out of my
7  commercial group somewhere.  Either a marketing or a
8  salesperson would have created this.
9    Q.  And is the portion of this document beginning
10  on page 17, is that also part of the sales deck that at
11  least some people at mBlox use?
12    A.  Yes.
13    Q.  And would that be true of the balance of
14  Exhibit 7 as well?
15    A.  Yes.
16    Q.  What is the advantage that a client like IPSH
17  gets from using mBlox services as opposed to just
18  sending all of the text messages individually?
19    A.  There's two aspects to it.
20       One is, in the United States, the carriers
21  will not allow companies like IPSH to connect directly.
22  They connect with somewhere between four and 12
23  aggregators and force all of the retail business to go
24  through one of those aggregators.  So, that's the first
25  reason, the carriers wouldn't allow it.

Merrill Legal Solutions    (800) 869-9132

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET     January 4, 2007

Page 58

1      The business reason is that generally my
2  clients enjoy a lower cost of service and higher service
3  level using me than they would be able to achieve on
4  their own.
5      Q.  What's an aggregator?
6      A.  An aggregator is a commonly-used term within my
7  business to refer to a company like mBlox that runs an
8  access network that stands between retail-facing clients
9  and wireless operators.  I aggregate traffic and hand it
10  to the operator.
11     Q.  If IPSH wanted to have a person sitting there
12  and type in a text message to each one of the recipients
13  of the Cell SMS, would they be allowed to do that?
14     MR. RHOADES:  Objection, vague as to allowed.
15     MS. BECKER:  Well, let me rephrase that.
16     Q.  You said before, I believe, that IPSH would
17  not be allowed to send the messages on its own because
18  there's various limits.  And so when you said that, what
19  did you mean by "not allowed"?
20     A.  Well, campaigns must be approved and registered
21  prior to the carriers allowing them to go live, so that's
22  part of the approval process.  You cannot just send
23  anything.  You must articulate what your campaign looks
24  like, get it preapproved by the carriers, and then it's
25  put into what I'll call a live production status.

Page 59

1      Q.  And is that approval something that IPSH
2  obtains?
3      A.  The approval process is IPSH submits their
4  campaign brief to mBlox, and mBlox manages the commercial
5  approval independently with each of the operators,
6  because you have to do it with Verizon, and you have to
7  do it with Cingular, and you have to do it with T-Mobile.
8      Q.  What does the campaign brief look like?
9      A.  The campaign brief is essentially a
10  representation of the product or service that you are
11  offering.  I call it like a college application is kind
12  of what it looks like.  It's a description of your
13  service product, pricing, timing, messaging, all that
14  type of stuff.
15     Q.  So, in the case of the Cell Campaign, the
16  campaign brief that would include a copy of the pay load
17  of the message?
18     A.  Absolutely.
19     Q.  And would it include the number of end-users
20  who were intended to receive the message?
21     A.  No, it would not, because you don't know who's
22  going to interact with you.
23     Q.  Would IPSH have to state in the campaign brief
24  how many end-users they had in the campaign?
25     A.  No.

Page 60

1      Q.  Is there any kind of information about the
2  size of the campaign?
3      A.  Some carriers ask for campaign sizing, but
4  that's typically related to interactive TV events like
5  when I run American Idol or things that have big serges
6  in short timeframes.  For this type of campaign, that
7  would not have been an issue.
8      Q.  What other information is in there besides the
9  text message itself?
10     A.  It's literally a representation of the
11  interaction the handset owner will have with IPSH.  So,
12  you know, hello, how are you, very good.  Literally at
13  that level of detail you have to present.
14     Q.  You said IPSH was the one that presented the
15  campaign briefs to the carriers in this case?
16     A.  No.
17     Q.  Excuse me.  I misspoke.  Strike that.
18  You said that mBlox is the one that presents
19  the campaign brief to the carriers?
20     A.  Yes.  We submit the campaign brief into their
21  commercial approval process where they read the brief,
22  decide whether it's a service they are comfortable
23  running on their network, and then they tell us whether
24  it's approved or not approved.  And if it's not approved,
25  sometimes they tell us why, sometimes they don't.

Page 61

1      Q.  And is part of that approval that they look at
2  the content to make sure, for example, that it's not
3  obscene?
4      A.  Absolutely.
5      Q.  Does part of the approval consist of
6  determining whether or not the end-users did, in fact,
7  opt-in to receive the message?
8      A.  The opt-in process would be defined as part of
9  the program brief.
10     Q.  Do you know whether mBlox produced a copy of
11  the campaign brief in response to this subpoena for
12  documents?
13     MR. ANDERSON:  Objection, vague as to campaign
14  brief, the campaign brief.
15     MS. BECKER:  Q.  Any documents that were part
16  of one or more campaign briefs related to the Cell
17  Campaign?
18     A.  I'm sorry.  What was the question?
19     Q.  Do you know whether in response to the
20  subpoena for documents in this case any or all of the
21  campaign briefs related to Cell were produced?
22     A.  There was not a campaign brief produced for
23  this, because IPSH did not send that one to us.
24     Q.  Why did IPSH not submit a campaign brief in
25  this case?

16  (Pages 58 to 61)

JAY EMMET    January 4, 2007

Page 62

1      MR. ANDERSON: Objection, calls for
2  speculation.
3      MS. BECKER: Q. Is it normally a requirement
4  of mBlox that a campaign brief be submitted?
5      A. It is a contractual obligation of our clients
6  to comply with campaign approval prior to sending
7  traffic.
8      Q. And that's a contractual obligation between
9  mBlox and the different carriers, correct?
10     A. It is a contractual obligation of my contracts
11 with the carriers as well as my contracts with my
12 clients. The carriers place that requirement on me. I
13 extend it to my clients.
14     Q. What information, if any, did mBlox have in
15 this case regarding whether or not IPSH had insured that
16 the end-users who were to receive the Cell SMS messages
17 had opted-in to receive such messages?
18     MR. RHOADES: Objection, beyond the scope of
19 the topics for the deposition.
20     MS. BECKER: You can go ahead and answer the
21 question.
22     THE WITNESS: None.
23     MS. BECKER: Q. Excuse me?
24     A. None.
25     Q. Ordinarily in a campaign such as this, would

Page 63

1  mBlox have received information showing that the
2  end-users to receive SMS messages had opted-in to
3  receive those messages?
4      MR. RHOADES: Same objection.
5      THE WITNESS: No.
6      MS. BECKER: Q. I thought that you said that
7  that would be part of the campaign brief?
8      A. It would be part of the campaign brief, but in
9  terms of individual handset owners doing it, I don't --
10 those are two separate things. One is a plan, and one is
11 the execution of the plan.
12     Q. Okay. So, does mBlox normally have
13 information showing that the client did something that
14 at least theoretically would insure that the end-users
15 had opted-in to receive text messages?
16     MR. RHOADES: Objection, vague and beyond the
17 scope of the topics of the deposition.
18     MR. ANDERSON: You can answer to the extent
19 that you know.
20     THE WITNESS: I place the requirement on my
21 clients, or mBlox places the requirement on our clients
22 to comply with opt-in obligations.
23     I do not, or mBlox does not check and validate
24 that that opt-in occurred, nor is it our responsibility
25 to do so.

Page 64

1      MS. BECKER: Q. You've referred in this
2  deposition to IPSH as being mBlox's client.
3      Do you know whether anybody at mBlox had any
4  communications with anybody at Simon & Schuster
5  regarding the Cell Campaign?
6      A. I did not. I do not know of any others.
7      Q. When we looked at Exhibit 3 earlier, this is a
8  transaction log, and we were discussing the time, and
9  you explained, I believe, that the date and time was a
10 time that the message transitted through mBlox's system;
11 is that right?
12     A. That's correct.
13     Q. How long is it typically after that that the
14 end-user would receive the SMS message?
15     MR. RHOADES: Objection, speculation.
16     THE WITNESS: In general, it takes somewhere
17 between 30 and 90 seconds for SMSes to transit from one
18 handset to another, in general. So I'll call that an
19 average.
20     MS. BECKER: Q. Is mBlox's system --
21 strike that.
22     If I were to ask you -- and assuming you were
23 all in agreement, I'm not asking for a commitment, I'm
24 just asking theoretically -- to look in the database and
25 generate a list of all of the phone numbers to whom an

Page 65

1  SMS message regarding Cell were, in fact, sent, would
2  your system be able to give me that list of cellular
3  phone numbers?
4      MR. RHOADES: Objection, beyond the scope of
5  topics.
6      THE WITNESS: I can report on any transaction
7  that occurred on my network.
8      MS. BECKER: Q. So, you could search for
9  the Cell Message and report on all the phone numbers
10 to which it was sent?
11     A. When you say Cell Message?
12     Q. I'm sorry. The SMS message I thought we
13 called the Cell Message before, which is the first
14 message on this Exhibit 3.
15     A. Okay. Again, we're able to report on any
16 transaction and search for any character string contained
17 within that record, so yes would be my answer.
18     (Whereupon, Plaintiff's Exhibit 8 was marked
19     for identification.)
20     MS. BECKER: Q. Mr. Emmet, have you ever
21 seen the e-mail that has been marked as Exhibit 8?
22     A. Yes.
23     Q. When did you see the e-mail?
24     A. It would have been on the date it was received,
25 January 18, 2006.

17 (Pages 62 to 65)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET     January 4, 2007

Page 66

1      Q.  Who is Pete Myron?
2          MR. RHOADES:  Objection.  This is beyond the
3   scope of the topics contained in the deposition notice.
4          THE WITNESS:  Pete Myron is our counterpart at
5   T-Mobile, so essentially we work with him for campaign
6   approval and management.
7          MS. BECKER:  Q.  Do you know -- strike
8   that.
9          The e-mail starts out:  "Hello, It was
10  reported that T-Mobile subscribers received an
11  unsolicited MT stating" et cetera.  Do you know who
12  reported that?
13         MR. RHOADES:  Objection, beyond the scope of
14  the topic.
15         THE WITNESS:  No, I do not.
16         MS. BECKER:  Q.  Did you personally
17  respond to Mr. Myron about this?
18         MR. RHOADES:  Same objection.
19         THE WITNESS:  I did not.
20         MS. BECKER:  Q.  Did mBlox take any action
21  in response to this e-mail?
22         MR. RHOADES:  Same objection.
23         MR. ANDERSON:  Objection, vague as to action.
24         THE WITNESS:  Yes, we did take action.
25         MS. BECKER:  Q.  What did mBlox do?

Page 67

1      A.  At my direction, we suspended the IPSH
2   connection such that they could not send any more
3   traffic.
4          MR. RHOADES:  If you're going to ask more
5   questions about this document, can I get a standing
6   objection?  Any questions as to this document are beyond
7   the scope of the topics that the defendants have noticed
8   for this deposition, and the plaintiffs don't have a
9   corresponding notice that would extend the topics beyond
10  those contained in our notice.
11         MS. BECKER:  Let me just respond to that.
12         The notice of deposition invited other parties
13  to ask questions at the deposition, and in our view the
14  topics listed in the notice of deposition clearly
15  encompass any questions relating to the sending of the
16  Cell SMS messages.  So, I intend to ask questions about
17  that.
18         I appreciate you just making an objection.  If
19  we need to discuss inadmissibility of this later, we can
20  do that.  But since the witness is here, I intend to go
21  forward, and I think these are within the scope of what
22  you asked and what was in the notice.
23         MR. RHOADES:  If we're going to have a
24  standing objection, I'll add to that that I believe it's
25  also getting beyond the scope of phase one discovery as

Page 68

1   ordered by the court.  So, my objection would be beyond
2   the scope of the deposition notice and beyond the scope
3   of phase one discovery.
4          MS. BECKER:  Read back the question that I
5   asked, please.
6          (The record was read by the reporter as
7   follows:
8          "QUESTION:  What did mBlox do?
9          "ANSWER:  At my direction, we suspended the
10  IPSH connection such that they could not send any more
11  traffic.")
12         MR. ANDERSON:  Can we take a quick break?
13         MS. BECKER:  Yes.
14         (Recess taken at 11:12 to 11:16.)
15         MS. BECKER:  Q.  I believe before the break
16  you had answered that mBlox had suspended IPSH from
17  sending any more messages.
18         Can you just clarify for me, do you mean with
19  respect to the Cell Messages or any messages at all?
20         MR. RHOADES:  I'll continue my standing
21  objections.
22         THE WITNESS:  Any messages at all.
23         MS. BECKER:  Q.  Did mBlox ever
24  subsequently renew its relationship with IPSH?
25         A.  Yes.

Page 69

1      Q.  When was that?
2      A.  It was the week following this.  Again, without
3   a calendar in front of me, approximately January 22nd or
4   23rd.
5      Q.  And do you know why mBlox made the decision to
6   renew its relationship with IPSH?
7      A.  We didn't renew the relationship.  What we did
8   was re-enable their technical connection to pass traffic.
9      Q.  And why did mBlox decide to re-enable their
10  connection after having first earlier suspended it?
11     A.  It was my decision to re-enable it on that
12  following week, keeping in mind that IPSH runs other
13  services besides this.
14         So, my specification to IPSH was:  I'll enable
15  your other services; you cannot pass any more of this
16  Stephen King traffic.
17     Q.  Did you have any conversations with anybody
18  from T-Mobile regarding the Cell SMS messages?
19         MR. RHOADES:  Same objection.
20         THE WITNESS:  No.
21         MS. BECKER:  Q.  Did you ever make any
22  determination whether or not the Cell message, in
23  fact, violated the play book rules that T-Mobile
24  publishes?
25         MR. RHOADES:  Same objection, plus vague as to

18  (Pages 66 to 69)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET    January 4, 2007

Page 70

1  what play book is.
2       THE WITNESS:  Could you restate the question,
3  please?
4       MS. BECKER:  Let me rephrase the question.
5       Q.  In Exhibit 8, Mr. Myron says, "Please respond
6  with the area of the play book that is unclear regarding
7  this issue."
8       Did you understand the reference to the play
9  book to mean a play book that T-Mobile publishes?
10      MR. RHOADES:  Same objection.
11      THE WITNESS:  Yes.  The reference here, play
12 book, is T-Mobile's guidelines for the service that we
13 have contracted with them.
14      MS. BECKER:  Q.  Do you agree or disagree
15 with his statement that the Cell Message violated
16 the terms of T-Mobile's play book?
17      MR. RHOADES:  Same objection.
18      MR. ANDERSON:  Objection, compound.
19      THE WITNESS:  I agree that the possibility
20 that it violated the play book was in contention.
21      MS. BECKER:  Q.  What part of the play
22 book was at issue in this correspondence?
23      MR. RHOADES:  Objection.  We're now getting
24 into documents that are a different third party that are
25 certainly not covered by the topics of this deposition,

Page 71

1  and the documents aren't even in front of us, so I'm
2  just going to object to this whole line of questioning.
3       THE WITNESS:  Could you restate the question
4  or reask it, please?
5       MS. BECKER:  I will.  Just a second.  Let me
6  ask this.
7       Q.  Did you at or about the time that the e-mail,
8  which is Exhibit 8, was sent make any determination as
9  to whether Mr. Myron's concerns were well founded?
10      MR. RHOADES:  Objection, vague.  Same
11 objection.
12      THE WITNESS:  So, I'll answer that.  No, I did
13 not.  My bias is to believe the operator since my
14 business model demands that I maintain my connections
15 with the operators.
16      So, whenever I get a complaint from an
17 operator, my bias or presumption is that it's true, and
18 I act in that manner regardless prior to really
19 ascertaining whether or not they're right.
20      MS. BECKER:  Q.  Let me just as a point of
21 foundation for future discovery ask you whether
22 there were any further communications between mBlox
23 and T-Mobile about this Cell Campaign?
24      A.  So, reading the e-mail, we would have responded
25 to Mr. Myron in some way, shape or fashion consistent

Page 72

1  with his request.
2       Typically we submit what's called a RCA, or
3  Root Cause Analysis, describing our view of what
4  happened.  However, that is not the case in all
5  instances.  It depends on the severity of the violation,
6  so to speak.
7       Q.  Do you know if that was done in this case?
8       MR. RHOADES:  Same objection.
9       THE WITNESS:  I don't know.
10      MS. BECKER:  Q.  Can you tell me who at mBlox
11 might have that information?
12      A.  Yes.  It would be my group.  I just don't have
13 personal knowledge, so it would be of my commercial
14 operations director Aura Motiska.  A-u-r-a, first name.
15 Last name Motiska, M-o-t-i-s-k-a.
16      Q.  Who owns short code 49241?
17      MR. ANDERSON:  Objection, vague as to owned.
18      MS. BECKER:  Q.  Does somebody own it?
19 Does somebody own the right to use it?
20      A.  Yes.  IPSH owns the right to use the short
21 code.
22      Q.  And what entity gives IPSH the right to use
23 the short code?
24      A.  A company called New Star in the United States
25 manages the short code database.  They are under contract

Page 73

1  to the carriers to manage this database since it's a
2  shared one between them.
3       So, what the carriers do is they hire an
4  outside company to basically manage this area of shared
5  interest.  It's comparable to renting an 800 number.
6       Q.  Are these short codes at least for a
7  particular period of time, or are they assigned for as
8  long as somebody like IPSH wants to use them?
9       A.  They are leased, and there are different terms
10 for leases.  Some you can do 3, 6 or 12 months I believe.
11      Q.  When IPSH -- excuse me.
12      When mBlox received the message from IPSH to
13 route the Cell Message to the phone number that we were
14 discussing on Exhibit 3, is it true that the only
15 information that mBlox uses to send the message is the
16 phone number of the end-user?
17      A.  We use the phone number to route it to a
18 particular handset.
19      There's other information in the header
20 related to time stamp and routing path and things like
21 that, but yes.  The phone number is the primary key used
22 to route a SMS message.
23      Q.  And does mBlox put the message in a particular
24 form, like for Cingular customers, Verizon customers, et
25 cetera?

19 (Pages 70 to 73)

JAY EMMET     January 4, 2007

Page 74

1    A. So again, I do not change the pay load or
2  message itself. The header will differ between carriers,
3  but it's based on their proprietary requirements on how I
4  shake hands with their network.
5        (Whereupon, Plaintiff's Exhibit 9 was marked
6      for identification.)
7      MS. BECKER: Q. Sir, do you recognize
8  Exhibit 9?
9    A. Yes.
10    Q. How would you describe this booklet?
11    A. At mBlox we refer to this as our premium FAQs.
12  It's essentially a user manual for our clients.
13    Q. So, this manual would be distributed to
14  customers such as IPSH?
15    A. Yes.
16    Q. And is this manual updated every time one of
17  the carriers make changes in its protocols?
18    A. It is updated on a regular basis. It's not
19  updated every time a change occurs.
20    Q. And does mBlox expect that its clients will
21  comply with the standards that are set forth in here?
22      MR. ANDERSON: Objection, vague as to
23  standards.
24      THE WITNESS: MBlox requires as a term of our
25  contract that our clients follow and adhere to the FAQs.

Page 75

1      MS. BECKER: Q. Could you go back, please, to
2  Exhibit 3, which contains the text of the Cell SMS
3  message, please?
4      The last part of the message says, "Pwd by
5  Nexton." Do you know what that means?
6    A. No.
7    Q. Do you know who Nexton is?
8    A. I do not.
9    Q. Does mBlox have any agreements to your
10  knowledge with Nexton?
11      MR. RHOADES: Objection, beyond the scope.
12      THE WITNESS: Not to my knowledge.
13      MS. BECKER: Q. In looking through the
14  documents produced by mBlox, I saw some references
15  to a Customer Care Form. Can you tell me what that
16  is?
17    A. The Customer Care Form is a document that our
18  clients initiate and create that describes the nature of
19  the service or product being offered.
20      This is the document that we submit to the
21  carriers that they use to determine commercial approval.
22    Q. And is a different Care Form normally prepared
23  for each separate campaign?
24    A. Yes.
25    Q. Do you know whether a Customer Care Form was

Page 76

1  prepared for this Cell Campaign?
2    A. One was not prepared for this Cell Campaign.
3    Q. Was there a welcome package for IPSH?
4      MR. ANDERSON: Objection, vague as to welcome
5  package.
6      MS. BECKER: Let me go back.
7    Q. I also recall seeing a reference to something
8  called a mBlox welcome package. Can you tell us what
9  that is?
10    A. When we sign up new clients, the welcome
11  package is the first engagement we have with them
12  following signing the commercial contract.
13      So, we would give them the FAQs. We would
14  introduce them to their account manager and their
15  customer service rep. It's a welcome aboard package.
16      It is much more of a chore now in January of
17  2007 than it was back when I originally signed IPSH back
18  in 2004. Back then, the welcome package might have been
19  a welcome e-mail.
20    Q. So, that's a one-time only thing at the
21  beginning of the relationship?
22    A. That's correct.
23    Q. Earlier in your testimony, you used a term
24  retail-facing businesses. Can you tell us what you mean
25  by that?

Page 77

1    A. Sure. When I say retail-facing business, I am
2  typically referring to one of my clients who interacts
3  with individuals, meaning handsets.
4      MS. BECKER: Let's go off the record for a
5  minute.
6      (Off the record at 11:34 to 11:36.)
7      MS. BECKER: I don't have any further
8  questions.
9      FURTHER EXAMINATION BY MR. RHOADES
10      MR. RHOADES: I have a few quick follow-up
11  questions.
12    Q. Mr. Emmet, if you could turn back to
13  Exhibit 9. This is titled "U.S. Premium SMS Frequently
14  Asked Questions Carrier Campaign Requirements"; is that
15  right?
16    A. Yes.
17    Q. And this relates to premium SMS messages that
18  mBlox's clients would like to send?
19    A. That's correct.
20    Q. The Cell Message that we were describing on
21  the top of Exhibit 3, was that a premium SMS message?
22    A. It was not.
23    Q. If you would also turn to page 3 of Exhibit 9,
24  which is Version Control. Do those identify the dates
25  on which the drafts were updated or modified?

20  (Pages 74 to 77)

f0a6be3f-d6b2-4c7a-b438-461cafeab347

JAY EMMET    January 4, 2007

Page 78

1   A.  Yes.
2   Q.  And the latest draft appears to be January 15,
3   2006?
4   A.  I don't know.
5   Q.  Do you know when IPSH and mBlox first began
6   speaking about the Stephen King campaign?
7   A.  We never spoke about the Stephen King campaign
8   until I was notified by T-Mobile as to its existence.
9   Q.  Do you know if Exhibit 9 was ever sent to IPSH
10  with respect to the Stephen King Cell Campaign?
11  A.  I do not know that.
12      MS. BECKER:  I want to object that's compound.
13      MR. RHOADES:  Q.  You said, Mr. Emmet,
14  that carriers place certain obligations, I believe
15  was the word that you used, on mBlox, which mBlox
16  then extends to its clients?
17  A.  That's correct.
18  Q.  Did I get that right?
19  A.  Yes.
20  Q.  Is it the case that certain carriers have
21  different obligations that they extend to mBlox?
22  A.  Yes.
23  Q.  So, one carrier could require one form of
24  message while a different carrier could have entirely
25  different standards?

Page 79

1   A.  No.  It's really -- they have different
2   standards.  It's not the nature of the message that's
3   different.
4       I'm going to use an example here.
5       Some might let -- one carrier may allow
6   messaging around alcohol, another may not.
7   Q.  Could they have different standards with
8   respect to the opt-ins that Ms. Becker was talking
9   about?
10  A.  So -- yes, they could.
11  Q.  And those standards with respect to what we're
12  talking about here are determined by the carriers
13  themselves?
14  A.  Standards are placed on us by two entities.
15  One is the individual carriers themselves.  The second is
16  we are aligned with the Mobile Marketing Association
17  guideline and standards document, so there are two
18  documents that they must align to.  One is the
19  carrier-facing requirements, and the second is the Mobile
20  Marketing Association Best Practices Guidelines.
21  Q.  And are either of those standards or those
22  best practices laws passed by federal or state
23  legislature?
24      MS. BECKER:  Objection, calls for a legal
25  conclusion.

Page 80

1       MR. RHOADES:  Go ahead.
2       THE WITNESS:  No.
3       MR. RHOADES:  Q.  Those are merely industry
4   standards that are used by the carriers or the MMA?
5       A.  Yes.  So, actually, I want to restate that.
6       There are some obligations within our carrier
7   contracts that are imposed on them by law.  There are
8   other obligations that they choose to impose themselves
9   for commercial reasons, no naked people.  There's a
10  difference.
11  Q.  With respect to opt-in issues, just generally,
12  I don't want to get into specifics, are those determined
13  by the carriers or are those imposed by law?
14  A.  They are determined by the carriers.
15      MR. RHOADES:  Thank you.  I don't have any
16  further questions.
17      FURTHER EXAMINATION BY MS. BECKER
18      MS. BECKER:  Let me follow-up just one thing
19  that he said.
20  Q.  Exhibit 9 as well as other versions of
21  Exhibit 9, although it's titled "U.S. Premium SMS", the
22  FAQs in here apply to a nonpremium messages of the type
23  involved in the Cell Campaign, do they not?
24  A.  They do.
25  Q.  And would you expect that IPSH had received

Page 81

1   from mBlox a copy of Exhibit 9 or some other version of
2   the premium FAQs?
3   A.  Yes.
4   Q.  Is it mBlox's practice to send its clients
5   each updated version of the FAQs as they are created?
6   A.  Yes.
7   Q.  Thank you.
8   A.  It's also available on our Web site.
9       MS. BECKER:  Thank you.
10
11      --oOo--
12
13      (Whereupon, the deposition was
14  adjourned at 11:42 a.m.)
15
16      I declare under penalty of perjury that the
17  foregoing is true and correct.  Subscribed at
18  _____, California, this_____ day of
19  _____, 2007.
20
21
22
23  _____
24  Jay Emmet
25

Merrill Legal Solutions   (800) 869-9132

JAY EMMET   January 4, 2007

---

Page 82

1    CERTIFICATE OF REPORTER
2
3        I, SONDRA LEQVE, a Certified Shorthand
4    Reporter, hereby certify that the witness in the
5    foregoing deposition was by me duly sworn to tell the
6    truth, the whole truth and nothing but the truth in the
7    within-entitled cause;
8        That said deposition was taken down in
9    shorthand by me, a disinterested person, at the time and
10   place therein stated, and that the testimony of the said
11   witness was thereafter reduced to typewriting, by
12   computer, under my direction and supervision;
13       I further certify that I am not of counsel or
14   attorney for either or any of the parties to the said
15   deposition, nor in any way interested in the event of
16   this cause, and that I am not related to any of the
17   parties hereto.
18
19
20       DATED: January 17, 2007
21
22
23
     _____
     SONDRA LEQVE, CSR 6107
24
25

---

Page 83

1
2
3        January 17, 2007
4    Jay Emmet
     c/o Britt L. Anderson, Esq.
5    Cooley Godward Kronish LLP
     Five Palo Alto Square, 4th Floor
6    3000 El Camino Real
     Palo Alto, CA 94306-2155
7
8    Re: Laci Satterfield vs. Simon & Schuster, et al.
9    Dear Mr. Emmet:
10   Please be advised that the original transcript of your
     deposition taken January 4, 2007 in the
11   above-entitled matter is available for reading and
     signing. The original transcript will be held at the
12   offices of Legalink, 575 Market Street, 11th Floor, San
     Francisco, California 94105 (415) 357-4300, for thirty
13   (30) days in accordance with the California Code of
     Civil Procedure Section 2025(q)(1):
14
         "For 30 days following this notice, the deponent,
15   either in person or by a signed letter to the deposition
     officer, may change the form or the substance of the
16   answer to any question, and may either approve the
     transcript of the deposition by signing it, or refuse to
17   approve the transcript by not signing it.
18   If you are represented by counsel in this matter, you
     may wish to ask your attorney how to proceed. If you
19   are not represented by counsel and wish to review your
     transcript, please contact our office for a
20   mutually-convenient appointment to review your
     deposition.
21   Thank you for your cooperation in this matter.
22   Sincerely yours,
23   SONDRA LEQVE, CSR 6107
     cc: Original transcript
24       Justin R. Rhoades, Attorney at Law
         Nance F. Becker, Attorney at Law
25       Britt L. Anderson, Attorney at Law

---

Merrill Legal Solutions   (800) 869-9132

f0a6be3f-d6b2-4c7a-b438-461cafeab347

1  LATHAM & WATKINS LLP
   Justin R. Rhoades (Cal. Bar No. 230463)
2  Melanie E. Griswold (Cal. Bar No. 211772)
   505 Montgomery Street, Suite 1900
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-809

5  Peter Winik *pro hac vice*
   Jennifer Archie *pro hac vice*
6  555 Eleventh Street, NW; Suite 1000
   Washington, DC 20004
7  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201

8

9  Attorneys for Defendants
   ipsh!net, Inc. and Simon & Schuster, Inc.

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  LACI SATTERFIELD,                    Case No.:  C06-2893 CW

14          Plaintiff,

15      vs.                              AMENDED NOTICE OF 30(B)(6)
                                         DEPOSITION
16  SIMON & SCHUSTER, INC.; and IPSH!NET,
17  INC.,

18          Defendants.

19

20

21

22      Pursuant to Federal Rule of Civil Procedure 30(b)(6), defendants ipsh!net, Inc.

23  ("ipsh!") and Simon & Schuster, Inc. ("S&S"), by and through their attorneys, hereby give notice

24  of their intention to take the deposition of mBlox, Inc. ("mBlox"), on January 4, 2007,

25  commencing at 9:00 a.m. at the offices of LATHAM & WATKINS LLP, 505 Montgomery

26  Street, Suite 2000, San Francisco, CA, 94111.  The deposition shall be taken before a court

27  reporter or other person authorized by law to administer oaths.  The deposition will be recorded

28  by stenographic and videographic means, and shall continue from day to day until completed.

EXHIBIT
1-4-07
1  Emmet

1   All counsel of record are invited to attend the deposition and examine the deponent (or

2   deponents) in accordance with the Federal Rules of Civil Procedure.

3           Pursuant to Federal Rule of Civil Procedure 30(b)(6), mBlox has a duty to

4   designate one or more officers, directors, managing agents or other persons who consent to

5   testify on mBlox's behalf regarding the particular subject matters set forth in Schedule A.  For

6   each person designated, mBlox must identify the particular subject matters to which each

7   designated person will testify.  Persons so designated by mBlox shall testify as to any matter

8   known or reasonable available to mBlox.

9           Pursuant to the Court's Case Management Order of October 11, 2006, the subject

10  matters listed on Schedule A and the documents sought in the corresponding subpoena relate

11  solely to the issues to which the Court has limited discovery in an initial phase of the case,

12  leading up to dispositive motions.  Should those dispositive motions not resolve this case, ipsh!

13  and S&S reserve the right to re-open the deposition with respect to additional subject matters and

14  seek additional documents via subpoena.

15          No later than ten business days prior to the scheduled deposition date, mBlox is

16  requested to designate in writing to undersigned counsel the names and employment positions of

17  the person(s) who will testify on its behalf, specifying the matters as to which each person will

18  testify.

19

20  Dated:  December 13, 2006                          LATHAM & WATKINS LLP

21

22                                                     By: _____

23                                                         Justin R. Rhoades, Esq.
                                                           Attorneys for Defendants
24                                                         IPSH!NET, INC. and
                                                           SIMON & SCHUSTER, INC.

25

26

27

28



Site Search: [                    ] Go

To the menu.

Carrier-grade technology that is second to none.

# Technology



At mBlox we have a passion for technology.  Our technologists and telecommunications experts are constantly working on enhancing our core platform and mobile transaction network. With mBlox concentrating on delivering and billing for your mobile content and services, we enable you to concentrate on your core business.

We have been focused on developing the mBlox mobile transaction network since 1999. The network and our core platform have grown and evolved over the past 7 years into the most reliable system for SMS delivery and billing as a result of our ever-increasing production expertise.  We leverage our core technology on every product and geography; you know you'll have mBlox experience and technology backing up your services wherever you work with mBlox.

Through our global strength and expertise, mBlox leads the mobile delivery and mobile billing industry by providing state-of-the-art technology with flexible options and control that guarantee you the right solution at a competitive price.

he Network



EXHIBIT
1-4-67
2  Emmet

The Platform

r    `ɔx Technology
     .dvantages

     Integration
     Interfaces

© mBlox Inc.
Glossary | Privacy Policy | Site Map