United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LACI SATTERFIELD,

        Plaintiff,

  v.

SIMON & SCHUSTER,

        Defendant.
_____/

No. 06-02893 CW

ORDER DENYING
WITHOUT PREJUDICE
PLAINTIFF'S
ADMINISTRATIVE
MOTION TO
WITHDRAW AS
COUNSEL FOR
PLAINTIFF

On August 17, 2009, the law firm of Chavez & Gertler, LLP, filed an Administrative Motion to Withdraw as Counsel for Plaintiff. The law firm of Chavez & Gertler, LLP, was previously designated as co-counsel pursuant to pro hac vice applications filed by Plaintiff's out-of-state counsel. Pursuant to Civil Local Rule 11-3, an attorney who is not a member of the bar of this Court may apply to appear pro hac vice in a particular action in this district by filing a written application on oath and certifying that an attorney, identified by name, who is a member of the bar of this Court in good standing and who maintains an office with the State of California, be designated as co-counsel. Accordingly,

IT IS HEREBY ORDERED that the Administrative Motion to Withdraw as Counsel for Plaintiff is denied without prejudice to

1   substitution of local co-counsel by Plaintiff's out-of-state

2   counsel.

3           9/1/09

4   Dated _____          _____
                                          CLAUDIA WILKEN
5                                         United States District Judge

2