# Firm Resume for

# The Jacobs Law Firm, Chtd.

## THE JACOBS LAW FIRM, CHARTERED

The Jacobs Law Firm, Chtd. specializes in complex civil litigation with a special emphasis on plaintiffs' class actions, including those involving consumer fraud issues, securities fraud, and ERISA.  The Jacobs Law Firm, Chtd. was founded by John G. Jacobs in November of 2000.  For 25 years prior thereto, Mr. Jacobs was associated with the firm of Plotkin, Jacobs & Orlofsky, Ltd. ("PJ&O") and its predecessors as a principal and managing partner.

The firm (and prior thereto, PJ&O) has a national practice,  engaged in significant litigation across the country representing plaintiffs almost exclusively in matters including securities law, ERISA, RICO, antitrust, consumer fraud, and insurance-related issues.  For the last four years, the firm, together with the KamberEdelson firm (now Edelson McGuire, LLC), has concentrated heavily on privacy and fraud issues relating to telephone technology, especially cellular telephony.  The firm currently has several cases pending around the nation against cellular telephone service providers, aggregators, content providers and advertisers involving issues relating to recycled telephone numbers, so-called "cramming," and Telephone Consumer Protection Act (TCPA) violations.

In *McLendon v. Continental Group, Inc.*, where our firm obtained what was at the time reported as the largest recovery for workers in history, Judge H. Lee Sarokin wrote about PJ&O's efforts in that case, where the firm was lead counsel, that counsel "performed in a heroic, superb, and extraordinary manner." *McLendon v. Continental Group, Inc.*, 872 F. Supp. 142, 165 (D.N.J. 1994).  "No one," Judge Sarokin wrote, "could review the record in this case and help but

conclude that the risks were monumental, the dedication and sacrifice of counsel heroic, the quality of performance superb, and the result extraordinary." Id. at 146.

In the last several years, The Jacobs Law Firm or the PJ&O firm have either been lead counsel or shared a significant lead role in the following illustrative resolved cases, among others.

1. *Daniel v. Aon,* Case No. 99 CH 11893, Cook County Circuit Court (Judge Nowicki) ($87 million cash settlement plus injunctive relief regarding business practices of major insurance brokerage firm in receiving undisclosed "contingent commissions." )

2. *Valdez v. Sprint*, 06 7587 SC (Northern District of California). (Million dollars paid out to customers and *cy pres* beneficiary – plus attorneys' fees and notice and administration costs – for cellular company's "recycling" of telephone numbers without canceling prior subscriptions charged to that number, plus injunctive relief). (Judge Conti.)

3. *Sims v. Cellco Partners,* 07 1510 MC (Northern District of California). (Million dollars paid out to customers and *cy pres* beneficiary – plus attorneys' fees and notice and administration costs – for cellular company's "recycling" of telephone numbers without canceling prior subscriptions charged to that number, plus injunctive relief). (Judge Chesney.)

4. *Weinstein v. AirIt2Me, et al.,* 06 C 0484 (N.D. Ill.)($7 million settlement plus injunctive relief providing cell phone customers $150 cash payments for alleged violations of the Telephone Consumer Protection Act with regard to receipt of text message solicitations on behalf of Timberland.com plus *cy pres* payment to charity. (Judge Andersen).

5. *Shen v. Distributive Networks,* 06 C 4403, (Settlement providing cell phone customers $150 cash payments for alleged violations of the Telephone Consumer Protection Act with regard to receipt of text message solicitations.)(Judge Filip)

6. *Satterfield v. Simon & Schuster,* C 06 2893 CW (Northern District of California), appeal reported in 569 F.3d 946 (9th Cir. 2009). Seminal case under the TCPA interpreting "automatic telephone dialing system," nature of "prior express consent" under the TCPA, and establishing that text messages constitute a "call" under the TCPA. Settlement pending.

7.   *Brannan v. Health Care Service Corp.,* Case No. 00C 6884, Northern District of Illinois (Magistrate Judge Brown) ($6.95 million cash settlement plus injunctive relief against insurer for its practices in collecting so-called "reimbursement liens" from insureds' tort recoveries).

8.   *Ramlow v. Family Health Plan*, Case No. 00 CV 00386, Milwaukee County Circuit Court. Obtained injunction, affirmed by appellate court, against termination of class's health insurance and obtained continued coverage for the class by successor firm.

9.   *Holloway v. J.C. Penney Life Insurance Co.,* Case No. 97 C 4555 (N.D. Ill.) Obtained ruling from 7th Circuit (190 F.3d 838, 7th Cir. 1999) as to illegality of company's intoxication exclusion clause, and obtained full or partial payments of death benefits for class of denied beneficiaries.

10.  *McLendon v. Continental Group, Inc.*, 602 F.Supp. 1492 (D.N.J. 1985); 749 F.Supp. 582 (D.N.J. 1989), *aff'd* 908 F.2d 1171 (3rd Cir. 1990); 802 F.Supp. 1216 (D.N.J. 1992) ($415 million cash settlement of nationwide class action for employer's ERISA violations in preventing employees from vesting for benefits at plants across the country). (Judge Sarokin)

11.  *Martin v. Heinold Commodities, Inc.*, No. 80 CH 6439, 163 Ill.2d 33 (1994), 240 Ill.App.3d 536 (1992), 117 Ill.2d 67 (1987), 139 Ill.App.3d 1049 (1985). (Breach of fiduciary duty and Illinois Consumer Fraud Act class action. $3.5 million cash settlement in 1995 after a trial on liability and damages and two appeals through the Illinois Supreme Court and fifteen years of litigation.) (Judge Green)

12.  *Bennett v. Berg,* Case No. 80-0381-CV-W-O consolidated with No. 80-0459-CV-W-O, U.S. District Court for the Western District of Missouri; 710 F.2d 1361 (8th Cir. En Banc 1983). First Appellate civil RICO decision in the nation. (Settlement on behalf of 400-plus elderly residents of a "life care" village resulting in payment of $14-plus million plus cancellation of $48 million mortgage.) (Judge Roberts)

13.  *Pickering v. USX Corporation*, 809 F.Supp. 1501 (D. Utah 1992) ($42 million cash settlement of an ERISA action on behalf of approximately 2,000 steelworkers laid off in order to prevent their attaining pension benefits after a trial on liability and a second trial on damages). (Judge Jenkins)

14.  *Carrao v. Health Care Service Corp.*, 118 Ill.App.3d 477, N.E.2d 417 (1st Dist. 1983). (Affirming class certification and decision by trial court that Blue Cross/Blue Shield may not refuse to pay insureds' medical bills because it believes the underlying medical services were "not medically necessary.") (Judge Green)

15.   *Cosentino v. State Farm Mutual Automobile Insurance Company*, 83 CH 0378, Cook County Circuit Court. (Obtained retroactive underinsured and uninsured motorist insurance for a class of approximately 1.2 million insureds.) (Judge Wosik)

16.   *O'Neill v. Allstate Insurance Company*, 83 CH 535, Cook County Circuit Court. ($5 million settlement fund for the payment of retroactive underinsured and uninsured motorists' losses.) (Judge Green)

17.   *Kaszuk v. Bakery and Confectionery Union*, 638 F.Supp. 365 (N.D. Ill. 1984); aff'd, 791 F.2d 548 (7th Cir. 1986). (Obtained declaration of ERISA violations and injunction requiring pension fund to give notice of such rulings to widows with potential entitlement to some $10 million in back payments plus future payments and insurance coverage for life.) (Judge Grady)

18.   *Hedberg v. Schanck*, 83 C 2993, U.S. District Court, N.D. Ill. ($11 million -- exclusive of attorneys' fees and costs -- class action settlement in going-private leveraged buyout transaction.) [1985 Tr. Binder] Fed.Sec.L.Rep. (CCH) par.92,384. Reported to be the largest recovery in history for an LBO transaction case. (Judge Moran)

19.   *Mayer v. Northwest Industries*, 82 C 658, U.S. District Court, N.D. Ill. (Obtained $18 million jury verdict for securities fraud and breach of fiduciary duty after three-week jury trial on behalf of class of stockholders. At the time, reported to be the largest securities verdict in the Northern District. Settled on appeal for $10 million.) (Judge McGarr)

20.   *King v. Blum*, 84 C 10917, 85 C 4261, 85 C 5384, U.S. District Court, N.D. Ill. ($3.9 million settlement in securities fraud class action.) (Judge Leinenweber)

21.   *Hickerson v. Velsicol Chemical Corporation*, No. 81 C 2543 (N.D. Ill.) 778 F.2d 365 (7th Cir. 1985). (ERISA class action. Settlement following appeal for $2.5 million cash settlement, exclusive of fees and expenses, for conversion of profit sharing plan to pension plan.) (Judge Hart)

22.   *Goldberg v. Sweet*, 117 Ill.2d 493, 512 N.E.2d 1262 (1987); 488 U.S. 252, 109 S.Ct. 582 (1989). (Class action challenging the Illinois tax on interstate telephone communications that eventually reached the United States Supreme Court on important Commerce Clause issues.)

23.   *In re Jackpot Enterprises, Inc. Securities Litigation*, No. CV-S-89-805 U.S. District Court, Nevada. ($3.25 million settlement of fraud-on-the-market Rule 10b-5 class action.) (Judge George)

24.   *Picardi v. Chicago Truck Drivers Union*, No. 83 C 343 U. S. District Court, N.D. Ill. (ERISA class action.  Obtained $3.75 million cash recovery plus structural relief mandating installation of new computer system and reduction of administrative personnel resulting in annual savings of approximately $1 million.)  (Judge Alesia)

The firm currently is involved in various class actions and cases brought as class actions in state and federal courts in Illinois, California, Arkansas and Massachusetts, and recently concluded substantial involvement in non-class antitrust litigation in Arkansas.  Several of the firm's pending cases involve issues surrounding cellular telephone billing, cramming of landline telephones and TCPA violations for text spam.

Mr. Jacobs has extensive appellate experience.  His most recent appellate victory of note was in *Satterfield v. Simon & Schuster,* 569 F.3d 946 (9th Cir. 2009).  He is a member of the Bar of the Supreme Court of the United States and of the Bars of the Courts of Appeal for the Third, Sixth, Seventh, Ninth, Tenth and Federal Circuits.

The Jacobs Law Firm, Chtd. consists of John G. Jacobs and Bryan G. Kolton.  Mr. Jacobs is a 1972 graduate of the University of Chicago Law School, where he was the winner of the 1972 Hinton Moot Court Competition (Justice Rehnquist, Justice Stevens and Judge Elbert Tuttle).  Following service in the U.S. Navy JAG Corps, he has been engaged in complex civil litigation for the last 35 years, first with PJ&O and then with The Jacobs Law Firm.  Mr. Jacobs is a member of the ABA, ATLA, the Chicago Bar Association and The Chicago Council of Lawyers, where he variously served as the Vice-President of the Council of Lawyers and as Chair of its Judiciary Committee.  He has maintained an AV rating from Martindale Hubbell for decades.  Bryan G. Kolton is a 1999 graduate of Loyola University Chicago School Of Law,

where he served on the Law Journal.  He has been associated with The Jacobs Law Firm since September of 2001 and is a partner in the firm.

# Firm Resume for
# Edelson McGuire, LLC

# EDELSON MCGUIRE, LLC FIRM RESUME

EDELSON MCGUIRE, LLC, formerly known as KamberEdelson LLC, is a commercial litigation and legal consulting firm with attorneys in Illinois, New York, California, and Florida. The firm has five primary practice groups: plaintiffs' class action litigation (with a particular emphasis on technology cases), e-discovery and information technology, general commercial litigation, entertainment law and legal and political consulting.

Our attorneys have been recognized as leaders in these fields by state and federal legislatures, national and international media groups, the courts and our peers. Our reputation for leadership in class action litigation has led state and federal courts to appoint us lead counsel in many high-profile class action suits, including the 2007 contaminated pet food recall, the recent Thomas the Tank Engine lead paint class actions, the AT&T mobile content class actions, and the Sony CD technology multi-district litigation. We have testified before the United States Senate on class action issues and have repeatedly been asked to work on federal and state legislation involving cellular telephony and other issues. Our attorneys have appeared on dozens of national and international television and radio programs to discuss our cases and class action and consumer protection issues more generally. Our attorneys speak regularly at seminars on consumer protection and class action issues, lecture on class actions at law schools and are asked to serve as testifying experts in cases involving class action and consumer issues.

## PLAINTIFFS' CLASS AND MASS ACTION PRACTICE GROUP

EDELSON MCGUIRE is a leader in plaintiffs' class and mass action litigation, with a particular emphasis on technology class actions. As has been recognized by federal courts, our firm has an "extensive histor[y] of experience in complex class action litigation, and [is a] well-respected law firm[] in the plaintiffs' class action bar." *In re Pet Food Prod. Liab. Litig.*, MDL Dkt. No. 1850, No. 07-2867 (NLH) (D.N.J. Nov. 18, 2008). A leading arbitrator concurred: "The proof of [the firm's] experience, reputation, and abilities is extraordinary. . . . Each [of their cases] elaborates on the experience and unique success [they] have had in achieving leading roles in the area of 'technology consumer protection class actions.'" (Arbitration award in mobile content class action settlement, August 6, 2009)

We have several sub-specialties within our plaintiffs' class and mass action practice group:

> *Consumer Technology Class Actions*: We have settled the only class actions to date alleging text message spam under the Telephone Consumer Protection Act, including a $7,000,000 settlement with Timberland Co. We have prosecuted over 100 cases involving mobile content, settling numerous nationwide class actions, including against industry leader AT&T Mobility, and an injunctive settlement against Facebook, Inc. Our attorneys also settled an international class action against Register.com, which alleged that the company engaged in deceptive practices in placing advertising on "coming soon" pages of newly registered domain names.
>
> **Representative Settlements:**

- *Weinstein, et al. v. Airit2me, Inc.*, Case No. 06 C 0484 (N.D. Ill): Co-lead counsel in class action alleging that defendants violated federal law by sending unsolicited text messages to cellular telephones of consumers. Case settled for $7,000,000.

- *McFerren v. AT&T Mobility, LLC*, No. 08-CV-151322 (Fulton County Sup. Ct., GA): Lead counsel class action settlement involving 16 related cases against largest wireless service provider in the nation. Settlement provided virtually full refunds to a nationwide class of consumers who alleged that unauthorized charges for mobile content were placed on their cell phone bills.

- *Paluzzi v. Cellco Partnership*, No. 07 CH 37213 (Cook County, Illinois): Lead counsel in class action settlement involving 27 related cases alleging unauthorized mobile content charges. Case settled for $36 million.

- *Gray v. Mobile Messenger Americas, Inc.*, No. 08-CV-61089 (S.D. Fla.): Lead counsel in case alleging unauthorized charges were placed on cell phone bills. Case settled for $12,000,000.

- *Gresham v. Cellco Partnership*, No. BC 387729 (Los Angeles Sup. Ct.): Lead counsel in case alleging unauthorized charges were placed on cell phone bills. Settlement provided class members with full refunds.

- *Duffy v. Nevis Mobile, LLC*, No. 08 CH 21376 (Cir. Ct. Cook County, IL): Class counsel in certified class action against mobile content provider for unauthorized mobile content charges resulting in default judgment over $10,000,000.

- *Shen v. Distributive Networks LLC.* No. 06 C 4403 (N.D. Ill.): Co-lead counsel in a class action alleging that defendant violated federal law by sending unsolicited text messages to the cellular telephones of consumers nationwide. The settlement – the first of its kind in the country – provided each class member with up to $150 in cash.

- *Zurakov v. Register.com,* No. 01-600703 (New York County, NY): Co-lead counsel in a class action brought on behalf of an international class of over one million members against Register.com for its deceptive practices in registering Internet domain names. Settlement required Register.com to fully disclose its practices and provided the class with relief valued in excess of $17,000,000.

***Products Liability Class Actions***: We have been appointed lead counsel in state and federal products liability class settlements, including a $30,000,000 settlement resolving the "Thomas the Tank Engine" lead paint recall cases, a $32,000,000 settlement involving the largest pet food recall in the history of the United States and Canada, and a $100,000,000 settlement involving Starlink Corn Products.

**Representative Settlements:**

- *Barrett v. RC2 Corp.*, No. 07 CH 20924 (Cir. Ct. Cook County, IL): Co-lead counsel in lead paint recall case involving Thomas the Tank toy trains. Settlement is valued at over $30,000,000 and provides class with full cash refunds and reimbursement of certain costs related to blood testing.

- *In re Pet Food Products Liability Litigation*, No. 07-2867 (D. N.J.): Part of mediation team in class action involving largest pet food recall in United States history. Settlement provided $24,000,000 common fund and $8,000,000 in charge backs.

*General Consumer Protection Class Actions:*   We have successfully prosecuted countless class action suits against health clubs, dating agencies, phone companies, debt collectors, and other businesses on behalf of consumers.

**Representative Settlements:**

- *Pulcini v. Bally Total Fitness Corp.*, No. 05 CH 10649 (Cir. Ct. Cook County, IL): Co-lead counsel in four class action lawsuits brought against two health clubs and three debt collection companies. A global settlement provided the class with over $40,000,000 in benefits, including cash payments, debt relief, and free health club services.

- *Kozubik v. Capital Fitness, Inc.*, 04 CH 627 (Cir. Ct. Cook County, IL): Co-lead counsel in state-wide suit against a leading health club chain, which settled in 2004, providing the over 150,000 class members with between $11,000,000 and $14,000,000 in benefits, consisting of cash refunds, full debt relief, and months of free health club membership.

- *Kim v. Riscuity*, No. 06 C 01585 (N.D. Ill): Co-lead counsel in suit against a debt collection company accused of attempting to collect on illegal contracts. The case settled in 2007, providing the class with full debt relief and return of all money collected.

- *Jones v. TrueLogic Financial Corp.*, No. 05 C 5937 (N.D. Ill): Co-lead counsel in suit against two debt collectors accused of attempting to collect on illegal contracts. The case settled in 2007, providing the class with approximately $2,000,000 in debt relief.

- *Chancer v. Princess Cruises*, No. BC 115472 (Los Angeles Sup. Ct.): Co-lead counsel in class action lawsuit challenging a cruise line's deceptive "low price guarantee" as a consumer fraud class action. The settlement

provided the class with a collective award valued at several millions of dollars.

○ *Fertelmeyster v. Match.com*, No. 02 CH 11534 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit brought under Illinois consumer protection statutes. The settlement provided the class with a collective award with a face value in excess of $3,000,000.

○ *Cioe v. Yahoo!, Inc.*, No. 02 CH 21458 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit brought under state consumer protection statutes. The settlement provided the class with a collective award with a face value between $1,600,000 and $4,800,000.

○ *Cioe v. Lycos,* No. 02 CH 21456 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit settled under state consumer protection statutes.

○ *Gavrilovic v. Vintacom Media Group, Inc.*, No. 04 CH 11342 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit settled under state consumer protection statutes.

○ *McArthur v. Spring Street Networks,* 100766/2004 (New York County, NY): Co-lead counsel in a nationwide class action suit settled under New York consumer protection statutes.

○ *California Reconveyance Cases*: Part of a team of attorneys who settled a series of state court class action cases under California's Reconveyance Statute. Cases settled for a collective amount of over $10,000,0000.

*Insurance Class Actions:* We have prosecuted and settled multi-million dollar suits against J.C. Penney Life Insurance for allegedly illegally denying life insurance benefits under an unenforceable policy exclusion and against a Wisconsin insurance company for terminating the health insurance policies of groups of self-insureds.

**Representative Settlements:**

○ *Holloway v. J.C. Penney*, No. 97 C 4555, (N.D. Ill.): One of the primary attorneys in a multi-state class action suit alleging that the defendant illegally denied life insurance benefits to the class. The case settled in or around December of 2000, resulting in a multi-million dollar cash award to the class.

○ *Ramlow v. Family Health Plan* (Wisc. Cir. Ct., WI): Co-lead counsel in a class action suit challenging defendant's termination of health insurance to groups of self-insureds. The plaintiff won a temporary injunction, which

was sustained on appeal, prohibiting such termination and eventually settled the case ensuring that each class member would remain insured.

*Privacy Class Actions*:   We have litigated numerous class actions against Facebook, Sears, Storm 8, and others involving the failure to protect customers' private information, some resulting from actual security breaches.

### Representative Settlements:

o   *Abrams v. Facebook, Inc.,* No. 07-05378 (N.D. Cal.):  Lead counsel in injunctive settlement concerning the transmission of allegedly unauthorized mobile content.

o   *Desantis v. Sears*, 08 CH 00448 (Cook Cty):  Lead counsel in injunctive settlement alleging national retailer allowed purchase information to be publicly available through the internet.

*Mass/Class Tort Cases*:  Our attorneys were part of a team of lawyers representing a group of public housing residents in a suit based upon contamination related injuries, a group of employees exposed to second hand smoke on a riverboat casino, and a class of individuals suing a hospital and national association of blood banks for failure to warn of risks related to blood transfusions.

### Representative Cases:

o   *Aaron v. Chicago Housing Authority,* 99 L 11738, (Cir. Ct. Cook County, IL):  Part of team representing a group of public housing residents bringing suit over contamination-related injuries.  Case settled on a mass basis for over $10,000,000.

o   *Januszewski v. Horseshoe Hammond*, No. 2:00CV352JM (N.D. Ind.):  Part of team of attorneys in mass suit alleging that defendant riverboat casino caused injuries to its employees arising from exposure to second-hand smoke.

The firm's cases regularly receive attention from local, national, and international media. Our cases and attorneys have been reported in the Chicago Tribune, USA Today, the Wall Street Journal, the New York Times, the LA Times, by the Reuters and UPI news services, and BBC International.  Our attorneys have appeared on numerous national television and radio programs, including ABC World News, CNN, Fox News, NPR, and CBS Radio, as well as television and radio programs outside of the United States.   We have also been called upon to give congressional testimony and other assistance in hearings involving our cases.

## GENERAL COMMERCIAL LITIGATION

Our attorneys have handled a wide range of general commercial litigation matters, from partnership and business-to-business disputes, to litigation involving corporate takeovers. We have handled cases involving tens of thousands of dollars to "bet the company" cases involving up to hundreds of millions of dollars. Our attorneys have collectively tried hundreds of cases, as well as scores of arbitrations and mediations. All of our attorneys have regularly practiced in state and federal trial and appellate courts.

## E-DISCOVERY AND INFORMATION TECHNOLOGY

Led by nationally-recognized eDiscovery expert Steven Teppler, our firm has taken the lead on eDiscovery issues including data protection, information technology, document management and retrieval, loss or destruction of information, and authentication and admissibility issues uniquely inherent to computer generated information. This includes spoliation allegations arising from acts of unauthorized or illegal data manipulation or alteration.

## ENTERTAINMENT LAW

Led by legendary attorney Barry Reiss, EDELSON MCGUIRE represents producers, actors, writers, financiers in negotiations, creative matters, and related transactional and litigation matters.

## LEGAL AND POLITICAL CONSULTING

Legal and political consulting is an area of practice that sets EDELSON MCGUIRE apart from other law firms. The firm advises on governmental and consumer issues and has helped its clients formulate business and legislative strategies, revise contractual and advertising material, and implement consumer protection strategies more generally. Our clients range from small Internet start-ups, to brick and mortar companies, to one of the most trafficked Internet marketers, content and commerce firms in the country.

## OUR ATTORNEYS

JAY EDELSON is the founder and managing partner of Edelson McGuire. He has been recognized as a leader in class actions, technology law, corporate compliance issues and consumer advocacy by his peers, the media, state and federal legislators, academia and courts throughout the country.

Jay has been appointed lead counsel in numerous state, federal, and international class actions, resulting in hundreds of millions of dollars for his clients. He is regularly asked to weigh in on federal and state legislation involving his cases. He testified to the U.S. Senate about the largest pet food recall in the country's history and is advising state and federal politicians on consumer issues relating to the recent federal bailouts, as well as technology issues, such as those involving mobile marketing. Jay also counsels companies on legal compliance and legislative issues in addition to handling all types of complex commercial litigation.

Jay has litigated class actions that have established precedent concerning the ownership rights of

domain name registrants, the applicability of consumer protection statutes to Internet businesses, and the interpretation of numerous other state and federal statutes. He has also secured settlement in cases of first impression involving Facebook, Microsoft, AT&T and countless others.

In addition to technology based litigation, Jay has been involved in a number of high-profile "mass tort" class actions and product recall cases, including cases against Menu Foods for selling contaminated pet food, a $30 million class action settlement involving the Thomas the Tank toy train recall, and suits involving damages arising from second-hand smoke.

Adding to the diversity of his practice, Edelson also advises major labor unions and Hollywood financiers and serves as a consultant on several film, television, and radio deals.

In 2009, Jay was named one of the top 40 Illinois attorneys under 40 by the Chicago Daily Law Bulletin. In giving Jay that award, he was heralded for his history of bringing and winning landmark cases and for his "reputation for integrity" in the "rough and tumble class action arena." In the same award, he was called "one of the best in the country" when it "comes to legal strategy and execution." Also in 2009, Jay was included in the American Bar Association's "24 hours of Legal Rebels" program, where he was dubbed one of "the most creative minds in the legal profession" for his views of associate training and firm management.

Jay consults with the University of Chicago Medical Center and the Pritzker School of Medicine on Internet and legal/medical ethics issues. Jay is frequently asked to participate in legal seminars and discussions regarding the cases he is prosecuting. He has also appeared on dozens of television and radio programs to discuss his cases. He has taught classes on class action law at Northwestern Law School, John Marshall Law School, and DePaul Law School.

Jay is a graduate of Brandeis University and the University of Michigan Law School.

**MYLES MCGUIRE** is a partner at EDELSON MCGUIRE. His practice concentrates on consumer protection law, class actions, and legal and political consulting to technology companies. Prior to entering private practice, Myles spent several years operating an Internet advertising company, which was later sold, in addition to counseling high-tech companies on legal issues.

Since turning to plaintiffs' advocacy, Myles has had principle control over many nationwide and multi-state class actions.  Drawing on his technological background, his specific area of emphasis is on emerging technology class actions, including those involving electronic commerce, cellular telephony and wireless media, among others.  He has served in leadership positions in groundbreaking settlements involving Facebook, Verizon, Sprint, and T-Mobile.

Due to his diverse legal and business expertise, Myles has been asked by members of Congress to comment on proposed legislation in the mobile content industry and has worked with state regulatory bodies in related efforts.

Myles graduated from Marquette University Law School in 2000 and is admitted to practice in Wisconsin and Illinois. He is a member of the National Association of Consumer Advocates and the Chicago Bar Association.

**WILL HASELDEN** is a partner at EDELSON MCGUIRE.  Will was admitted to the Florida Bar in

1995 and has practiced with both private firms and, most recently, the Florida Attorney General's Office. As an Assistant Attorney General, Will created the CyberFraud Section of that Office and spearheaded settlements with major wireless carriers, content providers, and billing aggregators related to unauthorized consumer billings for mobile content.

As part of this initiative, Will developed and forced the implementation of an industry-leading disclosure model for all advertisers of mobile content while also obtaining significant restitution for Florida consumers victimized by these deceptive billings.

Will is a graduate of St. Andrew's Presbyterian College in North Carolina and of the University of Memphis School of Law. He has long been active in community and local school-related organizations and has served in leadership roles in each.

Will is a frequent speaker at conferences related to internet marketing and will continue his enforcement efforts with the firm on behalf of consumers nationally. Will and his wife, Lori, have two children, both at the University of Florida.

**MICHAEL J. MCMORROW** is a partner at EDELSON MCGUIRE. His practice focuses on commercial litigation and class action law, and his recent experience includes representation of consumer classes in litigation under the federal Telephone Consumer Protection Act, the California Unfair Competition Law, several common law claims, and additionally, representation of corporate clients in the mobile telephone content industry in commercial and trade secret litigation.

Mike is an experienced trial and appellate commercial litigator who has represented clients in court and at trial across a full spectrum of issues, including trade secret litigation, commercial contracts, airplane leasing, airport construction, automotive manufacturing, commercial and consumer lending, product liability, and has represented clients in heavily-regulated industries including insurance, defense contracting, health care and energy. Prior to joining the firm, Mike was Senior Counsel at Foley & Lardner LLP, practicing commercial and energy regulatory litigation.

Mike graduated magna cum laude from the University of Illinois College of Law in 2000, where he was Associate Editor of the UNIVERSITY OF ILLINOIS LAW REVIEW, a Harno Scholarship recipient, and President of the Prisoners' Rights Research Project. Mike received his B.A. in Political Science from Yale University in 1994. Mike has been a member of the Trial Bar for the Northern District of Illinois since 2005 and the Chicago Bar Association Judicial Evaluation Committee since 2003. His pro bono representations have included asylum applicants and prisoners' rights issues.

**STEVEN W. TEPPLER** is a partner of EDELSON MCGUIRE. Steven concentrates his practice on data protection and information technology law, including electronic discovery, loss or destruction of information, authentication and admissibility issues uniquely inherent to computer generated information, including spoliation issues arising from unauthorized or illegal data manipulation or alteration. He is the Co-Vice-Chair of the American Bar Association Information Security Committee as well as the Florida Bar's Professional Ethics Committee.

Steven has authored over a dozen articles relating to information technology law and routinely

presents his work at conferences. Steven's recent publications include: *Spoliation in the Digital Universe, The SciTech Lawyer,* Science and Technology Law Section of the American Bar Association, Fall 2007; *Life After Sarbanes-Oxley – The Merger of Information Security and Accountability* (co-author), 45 JURIMETRICS J. 379 (2005); *Digital Signatures Are Not Enough* (co-author), Information Systems Security Association, January 2006; *State of Connecticut v. Swinton: A Discussion of the Basics of Digital Evidence Admissibility* (co-author), Georgia Bar Newsletter Technology Law Section, Spring 2005; *The Digital Signature Paradox* (co-author), IETF Information Workshop (The West Point Workshop) June 2005; *Observations on Electronic Service of Process in the South Carolina Court System*, e-filing Report, June 2005. Steven is also a contributing author to an American Bar Association book with the working title "Foundations of Digital Evidence" (publication expected March 2009).

Steven graduated from the Benjamin N. Cordozo School of Law in 1980 after earning his B.A., *summa cum laude*, from the City College of New York in 1977. Steven is admitted to the bars of New York, the District of Columbia and Florida.

BARRY REISS is Of Counsel to EDELSON MCGUIRE. After a short stint as a labor attorney, representing the Teamsters, Barry entered the music business as a junior partner in the firm representing such artists as Herman's Hermits, Led Zeppelin and Jimi Hendrix.

After five years Barry was lured out of private practice by the legendary Clive Davis to join him at CBS Records where he became Vice President of Talent Contracts. When Clive left CBS he asked Barry to join him to help form Arista Records where he served as Administrative Vice President from its inception for its first five years. When MCA Records decided to start an east coast record label ("Infinity Records") Barry moved from Arista to MCA as Executive Vice President of Infinity Records. When Infinity was merged into MCA Records, MCA asked him to stay on to help form its "ancillary" entertainment divisions. In that capacity Barry served as Vice President for Legal and Business Affairs from their inception of MCA Home Video, Universal Pay Television and MCA Video Disc. He also served as Vice President of Merchandising Corporation of America (the studio's merchandising arm) and of MCA's Trademark and Copyright division as well as continuing to service MCA Records' east coast operations. In 1986, Barry was additionally appointed East Coast General Counsel for MCA, Inc. responsible for all east coast legal matters for MCA Inc. including its corporate matters, feature film & television, book publishing, toy and Spencer Gifts divisions. In that capacity Barry helped guide MCA's acquisition of Grosset and Dunlap, Playboy Books and LJN Toys. In 1989, Barry left MCA to re-enter private practice representing such clients as U2, Valient Comics, The Allman Brothers Band and Universal Television.

In January of 1995, Barry returned to the corporate world as Senior Vice President of Business and Consumer Affairs for The ColumbiaHouse Company responsible for Business, Consumer and Government Affairs which included negotiating the Company's major licensing agreements, as well as representing the company's interests in federal and state legislative matters, postal issues consumer relations activities and the Company's launching of its two internet sites. In March of 2000 Barry left ColumbiaHouse to return to the private practice of law. Barry has served as a member of the Motion Picture Association of America (MPAA) and Record Industry Association of America (RIAA) Labor Negotiation and Anti-Piracy Committees, the RIAA Copyright Law Revision Committee, as a member of the Board of Directors of the Association

for Postal Commerce and on the Government Affairs and Privacy Committees of the Direct Marketing Association. He is currently an Executive Committee member of the Music For Youth Foundation, serves as a mentor for Volunteer Lawyers for the Arts and was recently featured on Sky Radio's "Americas Best Lawyers".

Barry is a graduate of Columbia College and received a Bachelor of Law Degree, *cum laude*, from Columbia Law School.

**SEAN P. REIS** is Of Counsel to EDELSON MCGUIRE . Sean is an experience trial attorney and business litigator. Sean has experience in a wide-range of litigation matters, including those involving trade secrets, real estate fraud, employment, and consumer issues. Sean has tried sixteen cases, including several multi-week jury trials.

Prior to joining Edelson McGuire, Sean was trained at an international law firm and later founded his own practice. In 1993, Sean graduated from University of California at San Diego with a degree in quantative economics. Following that Sean graduated from Rutgers University School of Law, Newark where he was the business editor of the Rutgers Law Review and where he received the graduation for appellate advocacy.

**EVAN M. MEYERS** is Senior Counsel at EDELSON MCGUIRE. Evan is an experienced trial and appellate litigator and has handled a broad range of complex litigation matters, including contract disputes, securities and consumer fraud, employment discrimination, insurance coverage, antitrust, shareholder and tax disputes, business torts and other matters. Evan has managed all aspects of the litigation process, including evaluation and strategic analysis, drafting pleadings in state and federal trial and appellate courts, taking and defending depositions, arguing motions, and representing clients in mediations and settlement conferences. He has also successfully tried cases in state court.

Prior to joining Edelson McGuire, Evan worked at Drinker Biddle & Reath LLP, where he was an associate in the firm's commercial litigation practice group and represented a wide range of clients in federal and state courts, including manufacturers, insurance and financial services companies, government agencies, close corporations, hospitals, colleges and universities and not-for-profit entities.

Evan received his J.D., cum laude, from the University of Illinois College of Law in 2002, where he was an associate editor of the Elder Law Journal. Additionally, he served as a judicial extern with the Hon. Wayne R. Andersen of the U.S. District Court for the Northern District of Illinois. Evan received his bachelor's degree, with distinction, in political science from the University of Michigan in 1999.

**RYAN D. ANDREWS** is an associate at EDELSON MCGUIRE. He has been appointed class counsel in multiple complex high-stakes class actions, and actively involved in the litigation and settlement of class actions focused on the mobile content industry and Internet privacy.

Prior to joining the firm, Ryan engaged in all aspects of the prosecution and defense of claims on behalf of individual and corporate clients, including motion practice, arbitration, mediation, trial

to verdict, and appeals.

Ryan received his J.D. with High Honors from the Chicago-Kent College of Law in 2005 and was named *Order of the Coif.* While in law school, Ryan was a Notes & Comments Editor for THE CHICAGO-KENT LAW REVIEW, as well as a teaching assistant for both Property Law and Legal Writing courses. Ryan externed for the Honorable Joan B. Gottschall in the Northern District of Illinois, and earned CALI awards for the highest grade in five classes.

Ryan graduated from the University of Michigan in 2002, earning his B.A., *with distinction*, in Political Science and Communications.

**MICHAEL J. ASCHENBRENER** is an associate at EDELSON MCGUIRE. Michael focuses his practice on prosecuting Internet privacy, consumer technology, and mobile content subscription fraud class actions. He also advises technology companies on the handling of Internet users' personal information.

Before entering the legal field, Michael spent several years working in the cell phone, computer, and Internet marketing industries where he gained significant insight into the business of emerging technology.

Prior to joining EDELSON MCGUIRE, Michael served as an Assistant Attorney General for the State of Minnesota. Upon entering the private sector, Michael was an associate for a large plaintiffs' consumer protection law firm where he prosecuted individual and class actions on behalf of consumers against mortgage companies and debt collectors. Michael successfully litigated multiple cases to judgment, securing redress for aggrieved consumers.

Michael graduated from Chicago-Kent College of Law, where he was an award-winning member of the Moot Court Honor Society, as well as Editor of the SEVENTH CIRCUIT REVIEW. He was published in a law journal during school and received a CALI Award for obtaining the highest grade in his Tax Procedure course.

Michael received his B.A. in Journalism from the University of Minnesota-Twin Cities in 2001.

**RAFEY S. BALABANIAN** is an associate at EDELSON MCGUIRE. Rafey focuses his practice on prosecuting consumer technology class actions as well as defending corporate clients in a variety of litigation settings.

Prior to joining the firm, Rafey was an associate attorney with a boutique Chicago law firm where he practiced commercial litigation. Rafey has represented individual and corporate clients ranging from real estate developers, hotels, insurance companies, lenders, shareholders and attorneys. Rafey has first chaired both jury and bench trials, engaged in extensive motion practice, litigated class action matters and acted as lead counsel in several mediations and arbitrations.

Rafey received his J.D. from the DePaul University College of Law in 2005. While in law school, Rafey received a certificate in international and comparative law and earned the CALI award for the highest grade in advanced trial advocacy. Rafey received his B.A. in History, *with distinction*, from the University of Colorado – Boulder in 2002.

**STEVEN LEZELL** is an associate at EDELSON MCGUIRE and the firm's hiring attorney. Steven has successfully litigated and settled a number of consumer protection cases through trial, engaged in extensive motion practice, drafted appellate briefs, prosecuted class actions and participated in multi-session mediations.

Prior to joining the firm, Steven was a litigator at a Chicago boutique focusing on consumer protection matters, real estate disputes, fraudulent transfers in bankruptcy and the prosecution of white-knight mortgage fraud cases.

Steven received his J.D. from Chicago-Kent College of Law with High Honors, *Order of Coif*, while earning his certificate in litigation and alternative dispute resolution. During law school, he served as a Judicial Extern for the Honorable Ann C. Williams on the Seventh Circuit Court of Appeals and as President of the Student Bar Association. Steven also served as a Notes and Comments Editor for THE CHICAGO-KENT LAW REVIEW and represented Chicago-Kent at the National Sports Law Moot Court Competition in New Orleans in 2004. Steven was awarded the ABA-ALI Scholarship and Leadership Award for best representing the combination of leadership and scholarship in his graduating class and also received the Lowell H. Jacobson Memorial Scholarship, which is awarded competitively to a student from one of the law schools in the Seventh Circuit to recognize personal commitment and achievement.

Steven received his B.A. in Political Science, *with Distinction*, from the University of Michigan—Ann Arbor in 2002.

**LIZA DAVENPORT** is an associate at EDELSON MCGUIRE. Liza practices in the areas of consumer class action and civil defense, focusing on complex class action cases in the mobile content industry.

Prior to joining Edelson McGuire, Liza engaged in the defense of claims on behalf of corporate clients as a summer associate in the litigation department at Arnstein & Lehr LLP, including claims involving real estate, bankruptcy, wills, products liability, and municipality law. She also assisted in the representation of plaintiffs' with claims filed in the Federal Vaccine Courts, as well as social security disability claims while interning at the Chicago-Kent Law Offices, Health Law Clinic.

Liza received her J.D. from Chicago-Kent College of Law in May 2009. While in law school, Ms. Davenport was awarded the Chicago-Kent Alumni Board Scholarship for demonstrating academic merit. Additionally she externed for the Honorable Arlander Keys, Federal Magistrate for the Northern District of Illinois.

Liza graduated with High Honor from Michigan State University, James Madison College of Public Affairs, in 2006, earning her B.A. in Political Theory and Constitutional Democracy. Ms. Davenport was also a member of the Michigan State University Honors College.

**CHRISTOPHER L. DORE** is an associate at EDELSON MCGUIRE. Chris focuses his practice on prosecuting consumer technology fraud, text-spam, and credit reduction class actions.

Chris graduated magna cum laude from The John Marshall Law School, where he served as the Executive Lead Articles for the Law Review, as well as a team member for the D.M. Harish

International Moot Court Competition in Mumbai, India. His article, What to Do With Omar Khadr? Putting a Child Soldier on Trial: Questions of International Law, Juvenile Justice, and Moral Culpability appeared in the John Marshall Law Review. Throughout law school, Chris worked as a Legal Writing TA. He received a CALI Award for obtaining the highest grade in Voting and Election Law.

Before entering law school, Chris received his Masters degree in Legal Sociology, graduating magna cum laude from the International Institute for the Sociology of Law, located in Onati, Spain. Chris received his B.A. in Legal Sociology from the University of California, Santa Barbara.

**WILLIAM C. GRAY** is an associate at EDELSON MCGUIRE. Bill has handled a broad range of complex litigation matters including; criminal matters, consumer and international fraud cases, labor and employment issues, and class actions. He has drafted pleadings and briefs, argued motions, and represented clients in mediations, arbitrations, state and federal courts, before human rights agencies, and before state and federal Department of Labor. Additionally, Bill has significant appellate advocacy experience and has argued in front of the Seventh Circuit Court of Appeals.

Bill previously worked at Sidley Austin LLP, and represented a wide range of clients, including Fortune 100 companies, in various forums, including manufacturers, insurance and financial services companies, government agencies, corporations, universities and not-for-profit entities. Additionally, he has participated in several high-profile cases resulting in favorable resolutions for his clients.

Bill received his J.D., cum laude, from Harvard Law School, where he was an editor of the Black Letter Law Journal. He also served as a research assistant for Professor Alan Dershowitz. Bill additionally spent a semester working in Jerusalem for the Simon Wiesenthal Center and was a member of the Criminal Code Commentary Committee for the country of Kosovo. Bill graduated from Indiana University with high honors. While at Indiana University, Bill was elected President of the Student Body for the campus's 40,000 students and was inducted into Phi Beta Kappa. He also appeared as an invited guest on MSNBC, The Mitch Albom Show, and The O'Reilly Factor.

Bill has been an active member of the legal community and has served in many pro bono matters. He currently serves on the Illinois State Bar Association Standing Committee on the Attorney Registration and Disciplinary Committee (ARDC), is a Board Member of the Decalogue Society of Lawyers (co-chair of the Young Lawyer's Committee), and is actively involved in the Anti-Defamation League and the American Cancer Society. Additionally, Bill has collaborated for years with the Northwestern Center on Wrongful Convictions in securing the release of wrongfully-convicted inmates.

**BENJAMIN H. RICHMAN** is an associate at EDELSON MCGUIRE. Ben focuses his practice in the prosecution of consumer technology and other class actions, as well as general commercial litigation.

Ben received his J.D. from The John Marshall Law School in 2009, earning a Certificate in Trial

Advocacy. During law school Ben served as Executive Student Publications Editor for The John Marshall Law Review and as a judicial extern for the Honorable John W. Darrah of the United States District Court for the Northern District of Illinois. Ben also acted as a teaching assistant in several torts courses and earned the CALI award for the highest course grade in Contracts II.

Ben graduated from Colorado State University in 2006, earning his B.S. in Psychology.

IRINA SLAVINA is an associate at EDELSON MCGUIRE. As a Russian attorney, Irina obtained her LL.M degree in International and Comparative Law, with High Honors, from Chicago-Kent College of Law in 2003. Since that time Irina has had a unique legal career in the United States that started in a boutique law office in Chicago and progressed to the legal department of a major gaming and entertainment company on the east coast.

While working in-house with General Counsel, Irina gained extensive experience in drafting and negotiating company contracts and addressing the day-to-day legal inquiries of management. Irina handled patrons' liability claims, worked with state and local government officials in obtaining and renewing company licenses, and assisted with all aspects of corporate governance and compliance.

Irina earned her J.D. from Chicago-Kent College of Law with High Honors, Order of Coif, in 2009. While in law school, Irina represented Chicago-Kent in the McGee National Civil Rights Moot Court Competition. Irina was also a member of the Chicago-Kent Law Review, and her student note is scheduled to be published in the December 2009 issue. Irina externed for the Honorable Susan E. Cox in the Northern District of Illinois, and earned the CALI award for obtaining the highest grade in Constitutional Law, Evidence, and Legal Writing III courses.