SEAN REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE, LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: (714) 352-5200
Facsimile: (714) 352-5201

JAY EDELSON (*Pro Hac Vice*)
jedelson@edelson.com
RYAN D. ANDREWS (*Pro Hac Vice*)
randrews@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
T: (312) 589-6370
F: (312) 589-6378

JOHN G. JACOBS (*Pro Hac Vice)*
jgjacobs@thejacobslawfirm.com
BRYAN G. KOLTON (*pro hac vice*)
bgkolton@thejacobslawfirm.com
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
T:  (312) 427-4000
F:  (312) 4127-1850

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LACI SATTERFIELD, CARMELLA MILLER, and CHARLENE KOUF, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIMON & SCHUSTER, INC., a New York corporation, and IPSH!NET, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. C06 2893 CW<br>**ORDER GRANTING AS MODIFIED STIPULATION TO ADVANCE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Location: Courtroom 2, 4th Floor.<br>1301 Clay Street<br>Oakland, California 94612-5212<br>Date: March 4, 2010<br>Time:  2:00 p.m.<br><br>The Honorable Claudia Wilken |

# **STIPULATION TO ADVANCE HEARING**

Pursuant to Local Rule 6-1, the parties stipulate to having Plaintiffs' Motion For Preliminary Approval of Class Action Settlement Agreement, filed with the Court on February 17, 2010, heard on March 4, 2010, rather than the 35 days' notice otherwise required by Local Rule 7-2(a).

Respectfully submitted,

| /s Richard B. Kendall | /s/ Peter L. Winik | /s/ John G. Jacobs |
|---|---|---|
| Kendall Brill & Klieger, LLP | Latham & Watkins LLP | The Jacobs Law Firm, Chtd. |
| 10100 Santa Monica Boulevard | 555 Eleventh Street, NW | 122 South Michigan Avenue |
| Suite 1725 | Suite 1000 | Suite 1850 |
| Los Angeles, California 90067 | Washington, D.C. 20004 | Chicago, Illinois 60603 |
| Attorney For Simon & Schuster, Inc. | Attorney For ipsh!net, Inc. | Attorney For Plaintiffs |

Pursuant to stipulation and for good cause shown, **IT IS SO ORDERED:** **except the motion will be decided on the papers and no hearing will be held.**

Dated: 2/23, 2010

_____
United States District Judge

---

Stipulation To Advance Hearing Date     - 2 -     Case No. C 06 2893 CW