1  LATHAM & WATKINS LLP
   Peter A. Wald (Cal. Bar No. 85705)
2  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
3  Telephone: (415) 391-0600
   Facsimile: (415) 391-8095
4
   Peter L. Winik (D.C. Bar No. 333450) (*pro hac vice*)
5  Christopher S. Turner (D.C. Bar No. 494637) (*pro hac vice*)
   555 Eleventh Street, NW, Suite 1000
6  Washington, DC 20004
   Telephone: (202) 637-2200
7  Facsimile: (202) 637-2201

8
   Attorneys for Defendant
9  ipsh!net, Inc.

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LACI SATTERFIELD, CARMELLA MILLER, and CHARLENE KOUF, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SCHUSTER, Inc., a New York Corporation, and IPSH!NET, Inc., a Delaware Corporation d/b/a IPSH!,<br><br>Defendants. | Case No. C 4:06-2893 CW<br><br>**STIPULATION TO ADVANCE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARDS**<br><br>Judge: Hon. Claudia Wilken<br>Location: Courtroom 2, 4th Floor.<br>1301 Clay Street<br>Oakland, CA 94612-5212<br>Date: August 5, 2010<br>Time: 2:00 p.m. |

Case Number:  C 06-2893 CW
**STIPULATION TO ADVANCE HEARING**

**STIPULATION TO ADVANCE HEARING**

Pursuant to Local Rule 6-1, the parties stipulate to having Plaintiffs' Motion For Final Approval of Class Action Settlement Agreement heard on August 5, 2010, rather than the 35 days' notice otherwise required by Local Rule 7-2(a).

Dated: July 21, 2010                              Respectfully submitted,

| /s Richard B. Kendall | /s/ Peter A. Wald | /s/ John G. Jacobs |
|---|---|---|
| Kendall Brill & Klieger, LLP | Latham & Watkins LLP | Jacobs Kolton, Chtd. |
| 10100 Santa Monica Boulevard | 505 Montgomery Street | 122 South Michigan Ave. |
| Suite 1725 | Suite 2000 | Suite 1850 |
| Los Angeles, California 90067 | San Francisco, CA 94111 | Chicago, Illinois 60603 |
| Attorney For Simon & Schuster, Inc. | Attorney For ipsh!net, Inc. | Attorney For Plaintiffs |

Pursuant to stipulation and for good cause shown, **IT IS SO ORDERED:**

Dated: __July 22__, 2010

_____
United States District Judge